UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS LOUIS T RECHT et al, | Case Number: CV07-02674 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DR HANSON et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig Recht
725 6th Avenue, #2
San Francisco, CA 94118

Louis T. Recht
725 6th Avenue #2
San Francisco, CA 94201

Timothy Hert
725 6th Avenue, #2
San Francisco, CA 94118

Dated: July 18, 2007

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk