IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, et al. | No. C 07-02674 SI |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| DR. HANSON, et al., | |
| Defendants. | |

On May 21, 2007, plaintiff filed a complaint and a request to proceed in forma pauperis in this Court. The Court DISMISSES without prejudice plaintiff's complaint for reasons discussed below, and DEFERS ruling on plaintiff's in forma pauperis application.

In ruling on plaintiff's IFP application, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), the Court must review plaintiff's complaint to ensure that cognizable claims are stated against the defendants. If the Court determines that plaintiff has failed to state a claim, it must dismiss the action. *See Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) (noting that a court may dismiss an action under Sec. 1915 if the "complaint neither identifies any constitutional or statutory right that was violated nor asserts any basis for federal subject matter jurisdiction."). Under Federal Rule of Civil Procedure 8, a complaint must contain: 1) a short and plain statement of the court's jurisdiction, 2) a short and plain statement of the claim showing that the plaintiff is entitled to relief, and 3) a demand for judgment for the relief the plaintiff seeks. Plaintiff has not met the basic requirements of Rule 8 in her complaint.

Plaintiff has failed to comply with Rule 8, as it is unclear to the Court the bases for her claims or this Court's jurisdiction. Plaintiff's complaint consists of a string of incomprehensible allegations related to numerous world leaders, aliens, identity theft, cannibalism, and murder. The Court is unable

to find a single coherent claim in the complaint, and finds no reference to the only named defendant, Dr. Hanson.

However, the Court will grant plaintiff leave to amend her complaint. When amending her complaint, plaintiff must comply with Rule 8. Plaintiff must file her First Amended Complaint **on or before August 17, 2007.** If plaintiff fails to file her First Amended Complaint by that date, the matter will be dismissed.

**IT IS SO ORDERED.**

Dated: July 26 , 2007

SUSAN ILLSTON
United States District Judge