IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MRS LOUIS T RECHT,<br><br>      Plaintiff,<br><br>  v.<br><br>DR HANSON,<br><br>      Defendant.                    / | No. C 07-02674SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 28, 2007, at 2:00 p.m.

Plaintiff is directed to serve copies of this notice on all parties.

Dated: July 25, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk