FILED

07 AUG -6 PM 12: 45

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dr. Craig Recht PC NAMI *In Forma Pauperis*
Mrs Louis T. Recht
Timothy Recht
Anastres - Army
Another man who worked
with Dany
Woman Eve/Pal Icarworks
Remains of Doctor Louis T. Recht MD

Plaintiff(s),

No. C 07-02674 SI

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

No motion!
Pending judge or
Queen Elizabeth w/
demand for court vendors
for microfilm - no statements
Nevada Bank II PO NA 5074366388
Heartland Financial Visa, Discover
American Express, Capital One Financial
Can find views
statements
no sociosecurity
numbers

Dr Hauser MD
Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dr Craig Recht PC NAMI

Dated: Aug 2, 2003

Dr Craig Recht PC NAMI
Signature

Counsel for *In Forma Pauperis*
(Plaintiff, Defendant or indicate "pro se")

On behalf of
Mrs Louis T. Recht
Timothy Recht
Anastres - Army
Another man who worked
with Dany eia Fax callworks
GS with cameras etc
Remains of Doctor Louis T. Recht MD

# CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 5/99)

*[Handwritten annotations at top:]* insdictive New Residence Details Call for address Sent for processing LU C070C074 Ceasa ca

| 1. CIR/DIST./DIV. CODE | 2. PERSON REPRESENTED Dr. Craig Recht PC In Forma Pauperis | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☒ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE (See Instructions) |

**11. OFFENSE(S) CHARGED** (Cite U.S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
499. Heavy Centered Frauds Forgery Danger Murder Warfare

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ unknown OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses.)

Signature of Attorney: Dr Craig Recht PC Navy Doctor FDA Approvals   Date: July 30, 2007
☐ Panel Attorney ☐ Retained Attorney ☒ Pro-Se ☐ Legal Organization

**ATTORNEYS NAME** (First Name, M.I. Last Name, including any suffix), AND MAILING ADDRESS
Dr. Craig Recht PC In Forma Pauperis Navy
General Delivery
Seattle WA 98101
Telephone Number:

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)
Watchman Torcia for CIA/FBI Judges Warehouse, Sheriff and Contractors Dealing Narcotics and Poisonings

**14. TYPE OF SERVICE** Sheriff Dept Photos
PROVIDER Navy Warzone Nursing Army Dkans FL
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☒ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☒ Chemist/Toxicologist
11 ☐ Ballistics
13 ☒ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☒ Hair/Fiber Expert
18 ☐ Computer (Hardware Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services
24 ☐ Other (Specify)

**15. COURT ORDER** Demand to Marshall in evidence of _____ Sheriff Dept for Nursing includes
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order   Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES  ☐ NO

## CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation  unknown | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.)  unknown | | | |
| c. Other Expenses  unknown | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS  Demand to Marshall in
Dr Craig Recht PC Navy  Evidence Navy, Army, Sheriff
Army Camera Eyes MD Navy
Sheriffs Dept Nursing Drugs Dealt  TIN:
Telephone

CLAIMANTS CERTIFICATION FOR PERIOD OF SERVICE  1989  TO  to Date July 30, 2007

CLAIM STATUS  ☒ Final Payment  ☐ Interim Payment Number ____  ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of: Dr Craig Recht PC Navy  Date: July 31st 2007

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.
Signature of: Dr Craig Recht PC Navy  Date: July 31 2007

## APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer   Date   Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate)   Date   Judge Code

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ Mrs Louis T. Pecht | |
| NAME OF SERVER (PRINT) Mrs Louis T. Pecht | TITLE Sol Prip ventor |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Served thru US Mail Service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: U.S. Mail Service

☐ Returned unexecuted: _____

☒ Other (specify): Mailed thru the United States Postal Service Due to Dr. David Jackson MD Declaring War Against Doctors, Researchers, Whites, Civilians, US Christians, Animals, Wild Life Scope By: The wife of Navy Doctor Mrs Louis T. Pecht

### STATEMENT OF SERVICE FEES

| TRAVEL Plus the Scope | SERVICES Scope Investigation Service of Documents Deposit Witness | TOTAL Doctors Unlimited |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 3, 2007         Mrs Louis T Pecht
              Date                Signature of Server

General Delivery
Seattle Washington 98101

Address of Server

1  Mrs. Louis T. Recht
   ~~725 6th #2~~ GENERAL DELIVERY
2  ~~San Francisco, Ca. 94118~~ SEATTLE WA  confidential
                                  98101
3  Pro personia
   Being held hostage no phone
4

5              United States District Court ~~Appeals~~
               1:305 Affidvait-service of summons and Complaint[Fed R Civ P 4 (c),
6              Supreme Court                           4(e),4(1)]
               Geneva Convention Court
7  Mrs. Louis T. Recht              Case No. C07-02674
   Dr. Craig Recht P.C.             Motions-Affidvait 1:305 service of summons
8  Timothy Hert                     Complaint
9  Anasises                         By leaving copies with house or busines-
   And another man who worked fictiosly   s or place of abode [Fed R Civ P4 (c)
10 Thru social security dept.       4(e),4 (1)]
   Dr. Louis T. Recht M.D. remaines 1:302 Appointing person other than
11 Plaintiff                        Marshal to Serve process [Fed R Civ P
12 v.                               4(c),4.1]
                                    Motion for clerks
13                                  to mail summons being
                                    held hostage
14                                  Fee waive request
   Dr. [illegible] M.D.             And 25 copies fee waived
15 ~~United States~~                Due to being held hostage
   Defendant                        by alien alligator
16                                  heaven crawls
                                    Free 3 rabbits
17 On motion of Mrs. Louis T. Recht, for plaintiff, and for good cause shown,

18 IT IS Demanded that Mrs. Louis T. Recht, a competent person of the age of Fourty Seven Years
                       General Delivery Seattle WA 98101
19 of age who resides at ~~725 6th #2, San Francisco Ca. 94118~~ be and is, appointed to serve process

20 in the above-entitled action on UNITED STATES, the defendant, and to make due return
21
22 thereof.

23 Mrs. Louis T. Recht, being first duly sworn, deposes and says: I, Doctor Craig Recht PC and

24 1. Mrs. Louis T. Recht is the person appointed by an order of this court of this court dated
              Aug 3rd
25 Month ~~October~~ Date ~~4th~~ Year ~~2007~~
26
   To serve process on the defendant in this action.
27       Aug 3rd
   On ~~October~~ 200 7  [He or She] received the attached summons and served it together
28

58

1  with the complaint on the above named defendant ,by mailing to defendants at address
2  2201 C. STREET NW  WASHINGTON DC 80530 by personally mailing true copies to defendant,a person of
3  El casa california office
   suitable age and discretion then residing theirin. BY MAIL DUE TO WAR
4  DATE July 19 2007  Dr. Craig RECHT PE NAVY  Dr Craig Recht PE
5  Date 11/86/06        Mrs. Louis T. Recht   Mrs Louis T Recht
6  1:304 Jurat          Her Heir the Gift of Dr. Louis T. Recht M.D.
   [attach copy of siummons]  STOLEN PERSONAL DOCTRINES BELONGING
7  TO MRS LOUIS T. RECHT MD
   QUEEN OF ENGLAND ELIZABETH II AND
8  PRINCE CHARLES AND LADY CAMILLA
   PRINCE WILLIAM PRINCE HARRY
9

59

1  Mrs. Louis T. Recht
   ~~725 6th #2~~ 725 6th #2 GENERAL DELIVERT
2  ~~San Francisco, Ca. 94118~~ SEATTLE WASHING Confidential
   tON 98101
3  Properonia
   Being Held hostages without a phone.
4
5               United States District Court  ~~Appeals~~ &
                United States Supreme Court
6               Geneva Convention Articals

7  Mrs. Louis T. Recht              Case No. 07-02674
   Dr. Craig Recht M.D.             1:301 Proof of Service of Complaint and Summons
8  Timothy Hert                     by person other than United States Marshal
9  Anasises                         General form
   Another man who worked fictiously thru  [Fed. R Civ P 4(c), 4.1]
10 Social Security                  Motion and notice
   Remaines of Dr. Louis T. Recht M.D.   FEE WAIVOR CLERK'S SERVE SUMMONS
11 Plaintiff                        PRINCE AUTO HIS CASE
12 v.                               AND REQUEST FOR CLERKS TO
                                    MAIL COPIES TO
13 Dr. thousa MD                    RELEASE OF STATE WITH SUMMONS
   ~~United Sta~~tes
14 Defendant a
15
16 Plaintiff, by Mrs. Louis T. Recht propersonia, moves the court for an order appointing
17 Mrs. Louis T. Recht, a resident of United States of America a Sourvin Nation who is
18
19 An expert witness and a human picked by NATO and Bio Tech and the United States
20 Government research and malpractice and CIA/FBI expert, a competent person fourty seven
21 years old, to serve process in the above entitled action on the defendant.
22 This motion is serve process in the above-entitled action on the defendant.
23 This motion is made on the ground that due to mayhem and bank fraud and CEO,
24
25 Fraud and United States Treasury Fraud. Where the defendant may be found; Substantial savings
26 in travel fees will result; defendant is secretive in his or her or their movements from place to
27 place and it will require continuous survellance to accoumplish servive of process; defendant
28 Spends much of his or her time away from the city where he or she resides and it is necessary

60

1  that a local person be available at all times for immediate service on the defendant.

2  Date ~~Aug 3, 2007~~   Mrs. Louis T. Recht   *Mrs Louis T Recht*
3  Date July 31 2007 Dr Craig Recht PC Navy Dr Craig Recht PC
   Date July 31 ~~2007~~ Mrs Louis T Recht Mrs Louis T Recht Navy
   Notice of Motion

4

5  To: United States Mr. Bush, Mrs. Rice Sectary of State of the United States
   1600 Pennsyvania, Washington D.C. *mailing address 2201 C Street NW Washington DC 20520*

6  please take notice that on July 18 2007 at 10 pm o'clock _____, or as
   soon thereafter as counsel can be heard, in room *Emergency Court*, *Emergency Hearings*

7  United States Courthouse the undersigned will bring the above motion on for hearing. *needed*

8  Date _____ Mrs. Louis T. Recht

9

10

11

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

EL CAJON CA 92021

| | | |
|---|---|---|
| Postage | $ | $11.10 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $15.90 |

Postmark Here — BALLARD STATION USPS — 08/03/2007

Sent To: Dr. Doyle Hansen MD
Street, Apt. No.; or PO Box No. 1679 E. Main St
City, State, ZIP+4 El Cajon CA 92021

PS Form 3800, August 2006   See Reverse for Instructions

---

```
========================================
         BALLARD STATION
         SEATTLE, Washington
            981079998
          5476210005-0096
08/03/2007 (800)275-8777 02:53:16 PM
========================================
============ Sales Receipt ============
Product          Sale  Unit    Final
Description      Qty   Price   Price

EL CAJON CA 92021                $11.10
Zone-6 Priority Mail
3 lb.  2.80 oz.
  Return Rcpt (Green             $2.15
  Card)
  Certified                      $2.65
  Label #:       70070710000263911961
                                ========
Issue PVI:                       $15.90
                                ==========
Total:                           $15.90

Paid by:
Cash                             $20.00
Change Due:                      -$4.10

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000400575626
Clerk:05

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.
****************************************
****************************************
     HELP US SERVE YOU BETTER
```

61

```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

         ★    AUG 0 2 2007    ★

            AT SEATTLE
      CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY
```

FAX TO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Dr. Craig Recht PC Form a Pauperis Navy
Mrs Louis T Recht
Timothy Short
Alesis-Denny
Another man who worked thru
Remains of Doctor Louis T Denny
Recht MD Navy
                    Plaintiff(s),

v.

Dr Hanson MD
                    Defendant(s).

No. C 07-02674

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
Motion to
Demanding Judge ex
Queen Elizabeth w/
Demanding court orders
for micro-fish no statements
Deutsche Bank JP De Nova 50 443 478
Household Finance, Visa
Discover, American Express, Capital One
Freecoe
Cambrill
Visa
Social
Security
Numbers
No Statement

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 30, 2007

Signature: Dr Craig Recht PC Navy
             Form a
Counsel for Pauperis
(Plaintiff, Defendant or indicate "pro se")

On be half of
Mrs Louis T Recht
Timothy Short
Alesis-Denny
Another man who worked
thru bank cal/fed currency
SS constab.
Remains of Doctor Louis T Recht MD

1  Dr Carole Pecht PC name       Confidential
2  IL Forum Amoeros on Behalf of
   Mrs Louis T. Pecht
3  Timothy Heet
   Alysses - Army
4  Another man with camera eye
   Remains of Doctor Louis T. Pecht PC

5        United States District Court
6        United States Judicial Court
         Supreme Court
7

8  Dr Carole Pecht PC-Forum Amoeros   Case No.   Motion for Relief
   Mrs Louis T. Pecht
9  Timothy Heet                                  Statement of
   Alysses - Army                                Jurisdiction
10 Another Man works thru army crisis            Federal Rule of
   Co works so Camera Eye                        Appellate Procedure
11 Remains of Doctor Louis T. Pecht and          28 (a) (4)
                                                 Rule 15
12 Plaintiff                                     1071 (a) & 154 USC
   V                                             is based on a motion
13                                                or Brief
14                                                Rule 15 (c) (1)
                                                  58 1003.13
15 Defendant                                      Conspiracy
                                                  Felony S 13, 1508
16 Mario Lepores United States Presidents, Candidates
17 for of State Mrs Rice the Senator Kerry and Caroline
18 Kennedy hour Regan Express Bush's core characters and
19 Todd Wecowtz cousins the killing Americans since the
20 OJay Simpson murder with Warren Beatty, Elton John
21 and Bombed the 911 with social security number of
22 Mrs Louis T Pecht 507436088 Date of Birth February 16, 1960
23 and Wecowtor and Mr President Bush Jr have stolen our weapons
24 and are making weapons and opium pieces are dividing the sikhs
25 with Cereal Murders music and beating with my checking
26 accounts called Doctrines with the CPA's and two signer
27 accounts in the United States a Sovereign Nation with
28 Orica Waterhouse Cooper and Alliances with Teuna Ferce 3

                          (1)

1  DECLARING WAR WRONGFULLY THRU TERRORIST AGAINST
2  UNITED STATES OF AMERICA A SOVEREIGN NATION
3  AND AGAINST UNITED STATES AMERICANS INNOCENT
4  CIVILIANS DEMANDING A TRIBUNAL HEARINGS BY
5  THE UNITED STATES APPELLATE COURTS AND SUPREME COURT
6  AND INDIAN COURTS AND THE TRIBUNAL COURT OF ENGLAND
7  AND TRIBUNAL COURT OF SWITZERLAND PATENT, TRADEMARK AND
8  COPY WRITE COURT OF UNITED STATES AND NATO HEARINGS
9  ARE NEEDED ON DOCTORS GENOCIDE NEGLECTFUL SUCH AS COCAINE
10 HEROIN OPEN BY NATO, DOCTORS, PRESIDENTS CONGRESSMEN AND
11 MAYORS POLICE SHEREIF AND CONFERENCES ILLEGALLY AS SHAM
12 PROCEEDINGS AFTER A FIVE YEAR INVESTIGATE W/R. PRESIDENT
13 BUSH SR. AND BILL CLINTON SENATOR KENNEDY AND CONGRESS KENNEDY
14 NANCY PELOSI AND CONGRESSMAN MCCARTHY, BOXER ALL REFUSE
15 TO RELEASE HOSTAGES HOLDING AMIST WHILE LIVING IN A
16 SOVEREIGN NATION WHILE DOING FDA TESTING ON DIET AND
17 ANTI DEPRESSANTS AND PAIN AND PHYSIOTIC DRUGS INTO TOILET
18 FORMS THAT DISSOLVE INTO WATER ALL BASE MEDICATIONS WESTERN
19 OF PILL FORMS AND DIET CONCENTRATIONS ADDITIVES AND ARTICLE
20 NUTRALICE KIDS AND MORAJUANA CLUB THAT WERE SUPPOSED
21 TO BE MINITORED BY AMERICAN DOCTORS ARE BEING USED TO
22 HOLD HOSTAGES FOR PRESIDENTS IN NARCOTICS SUCH AS HEROIN
23 PILL NON FDA APPROVABLE DEMAND ALL MILITARY
24 POLICE FROM AIR FORCE AND MARINES AND SCOTLAND YARD AND
25 QUEEN ELIZABETH II MILITARY DRUG CARTELS ARE HOLDING
26 HOSTAGE WITH TRANSLATORS AND ASYLUM PATIENTS AND ACTORS
27 GUILD LENO BUT SENATOR KENNEDY AND WHEREL PROMISES
28 NEW DOCTORS AND ADULT DOCTORS AS HILLARY, LAURANCE, BRIAN,

(2)

1  MURDER ON CONSTRUCTION SITES ON TOP OF BUILDINGS AND
2  IN CEMENTS AND RE HIGH NO CONTRACTS AS HAVE HEARTWORMS
3  PETS THREE FULL FEATHERED WINGS IN THEIR HANDS WITH A DEAD
4  PERSON ATTACHED TO THE HEARTWORM THAT BE EXECUTED BEFORE
5  ICE MURDER, MOLESTING CHILDREN, MOLESTING ANIMALS AND
6  ARE HIGHLY CONTAGIOUS DEMANDS FROM HELL AND ARE USING
7  GOVERNMENT IDENTITIES AND DOCTORS AND PRESIDENTS IDENTITIES
8  TO KILL WITH AIDS VIRUS AND MARINE RESCUES ARE NEEDED
9  DEMANDING RELIEF FOR CIVILIANS, ANIMALS AND ARTIFICIAL
10 INTELLIGENCE AND DEMANDING ESCORTED DEPORTATION OF
11 DUD FOR CHILDREN AND ANIMALS AND IMMIGRANTS.
12 DEMANDING VECTOR CONTROL OF ALIEN REMOVAL OF FORTY THREE
13 SKULL FRACTURE WITH ALUMINUM INSIDE AND CANCERS AND
14 AIDS PATIENTS AND HERPES HEPATITIS PATIENTS AND MENTALLY
15 ILL PATIENTS DECLARING WAR IN A BREACH CONTRACT WITH NATO
16 AND UNITED STATES, MEXICO, SAUDI ARABIA, IRAN, MOROCCO
17 VIOLATING GENEVA CONVENTION BREACHES WITH STOLEN
18 PROPERTY AND DIGITAL FRAUDS AND ILLEGAL RESEARCH
19 STOLEN WEAPONS STOLEN SHIP SUCH AS 911 BUILDING
20 BOMBING AND PENTAGON BY SKILLION KEMALIST TURKS.
21 DALLAS AND DR HOLLYWOOD DR DANIELS DR EN NANCY
22 DOCTORS DR. TAYLOR PC AND DR. MEYERS PC DR HAWKINS DDS,
23 DR WILLIAMS DDS, DR. GREEN DDS, DR SANTOS MD WOODSIDE
24 PROCESS RISK MANAGEMENT DR MARTIN DO DR GRISWOLD DO
25 DR GULICK DO, PRICE WATERHOUSE COOPER CPA PRUVIS PARTORY
26 MORRIS LAW CPA, ACTORS GUILD, TEAMSTERS, CULINARY WITH
27 SODIUM PENTOTHAL STOLEN FROM NAVY VECTOR CONTROL
28 AND PATIENTS NEED SODIUM PENTOTHAL AND SELIN VISA CARD

(3)

1  STOLEN SAFE BELONGING TO MRS LOUIS T. RECHT AND DOCTOR
2  CRAIG RECHT PC NAVY. NATO LEADERS ARE DOING VOODOO
3  WITCHCRAFT MOLESTING PIGS, HORSES, DOGS DRIVING OUT THE
4  ROWDIES AND MOLESTING AT ZOO'S SEAWORLD DISNEYLAND
5  RESTAURANTS AND STORES AND HOLDING HOSTAGES STEALING
6  TRUCKS, CARS, TRAILERS, SHIPING ALL STOLEN WEAPONS
7  VEHICLES SUPPLIES AND FOOD AND JEWELRY, MINERALS AND
8  STOLE ART TO OTHER COUNTRIES WITH OUT A BORDER PATROL
9  AND IMMIGRANTS WILL NOT GET OUT OF STORES RESTAURANTS
10 AND VEHICLES TAXIING THE QUOTA OF CRIMINALS COME OVER
11 TO AMERICA TO HELP WITH THE CHILDREN AND ANIMALS
12 MEDICATION FOOD AND SUPPLIES AND WITH NATO LEADERS
13 HIGH ON HEROIN AND COCAINE AND ACTORS HOLDING HOSTAGES
14 ON MOVIE SET PROPERTIES AND AMUSEMENTS, CASINOS, THEATERS
15 WOODSIDE PREMISES AGENT FOX IS THEIR LEADER AND CONNIE OBRIEN
16 AND CARRICK KENNEDY DR MAREN DO AND PEG MARTIN DR GRIMALDI RD
17 LAUREN GRIMALDI'S DR GUILK DR AN WAVER & NURSE WADE CAROLINE
18 SHEERMAN'S SINCE 1994 AND KILLED OUR LADY DI AND ARE
19 POISON AND POISONS PATTY DANCE AND DR TAYLOR PE AND DR SHERMAN
20 DR CAREW PC KILLED EVEN CHILD ACTOR, DR LOUIS T. RECHT MD N
21 A WHOLE STRANGE SHED AND HAVE GAVE VISA CARDS AND AMERICAN
22 EXPRESS CARDS FROM STOLEN DR TAG BELONGING TO MRS LOUIS T.
23 RECHT AND STOLEN SAFE OF MRS LOUIS T. RECHT AND DOCTOR CRAIG
24 RECHT PC NAVY RESIDENCE FDA APPROVALS, FOOD, PRODUCTS AND
25 CLYDE TEMPLE AND WIZARDS & WILLS SHIRLEYWOOD REDWOOD
26 DOUGLAS HISTORICAL DOUGLAS HANSON STICKS HERE THROUGH WOOD
27 JOHN WOOD STEVENS SON CHARLES OF SHIRLEY WOOD STOLEN SAFE OF
   APRIL 2002 AND DOCUMENTS WAR DRAWN IN BY ACTOR FAMILIES
28 WITH STARR EISNER, JEFFREY GILMAN, SARAH GIBSON
   SUSAN RAW JUDGE ARMES, JUDGE BUSY, ACTORS AND
   ATTORNEYS PRODUCERS
   DATE JULY 2, 2007 DR CRAIG RECHT PC NAVY AND CRAIG RECHT PC
   IN CORNA DOLPHIS, DOCTORS RESOURCE, FDA APPROVALS
   ON BE HALF OF
   MRS LOUIS T. RECHT            (4) POWERS OF ATTORNEYS THEY OF PC NAVY
   ALASKEN NAVY

C07-02674

# Limited Power of Attorney
(with Durable Provision)

NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS, be it known, that I, __Mrs Louis T. Recht  527 43 6288__,
of __Remains of Doctor Louis T. Recht, Dr. Craig Recht Pl Timothy Her Brians__
as Principal, do hereby make and grant a limited and specific power of attorney to __no mother man with camel eye navy/army__
__Queen of England Her Majesty Elizabeth I, Prince Charles, Lady Camilla__
of __Prince William, Prince Harry, King Leaders of England only__,
and appoint and constitute said individual as my attorney-in-fact.

My named attorney-in-fact shall have full power and authority to undertake, commit and perform only the following acts on my behalf to the same extent as if I had done so personally; all with full power of substitution and revocation in the presence:
(Describe specific authority) __Doctrines for Research NASA, FEMA, Allow Medical Research Doctrines Stolen by Starr Fisher and Cher and Price Waterhouse Cooper Warren Buffet Senator Kennedy Willed Illegaly to Peslunis to Pete's Pub Taco Bell/Honvolut T-Shirts__
The authority granted shall include such incidental acts as are reasonably required or necessary to carry out and perform the __Lake Tahoe__
specific authorities and duties stated or contemplated herein. __Holding Hostages and Declaring War with Stolen Doctrines__

My attorney-in-fact agrees to accept this appointment subject to its terms, and agrees to act and perform in said fiduciary __Dr. Eric__
capacity consistent with my best interests as my attorney-in-fact deems advisable, and I thereupon ratify all acts so carried out. __Dr. Fear, Ka Fe 72__

I agree to reimburse my attorney-in-fact all reasonable costs and expenses incurred in the fulfillment of the duties and responsibilities enumerated herein. __Dr. Martin, Dr. Graywald, D. Gulick, Dr. Hansen, Lou Davis, Mr. Bacon__

### Special durable provisions:

This power of attorney shall not be affected by subsequent incapacity of the Principal. This power of attorney may be revoked by the Principal giving written notice of revocation to the attorney-in-fact, provided that any party relying in good faith upon this power of attorney shall be protected unless and until said party has either a) actual or constructive notice of revocation, or b) upon recording of said revocation in the public records where the Principal resides. Furthermore, upon a finding of incompetence by a court of appropriate jurisdiction, this Power of Attorney shall be irrevocable until such a time as said court determines that I am no longer incompetent.

Other terms: __Turning over Estate of Doctor Louis T. Recht MD 554087104 The Gift Heir Mrs Louis T. Recht 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 Date of Death Approx February Six 2002 El Cajon, Uhaul Storage Shed cut up Body Shoreliheart Military St San Diego Will in Disibay Nevada Superior Court Judge Ray Judge Glassal Declared War with Stolen Will of Doctor Louis T. Recht MD the Gift Her Hor Mrs Louis T. Recht__

Signed under seal this _____26_____ day of __June_____, 20_07_.
Signed in the presence of:

Witness: _Mrs Lows J Recht_____   Principal: _Sol Proprietor_
                                              _Owner_

Witness: _Dr Craig Recht PC and Timothy Hert_

State of _Washington_
County of _King_     }

On _June 25, 2007_ before me, _Shuy N Dukey_____,
appeared _Mrs. Lowi S T. Recht_____,
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

Signature: _Mrs Lows J Recht_
           _Mrs Lows J Recht_

                                Affiant____Known____Produced ID
                                Type of ID _WA. Dr. Lic_
                                                        (Seal)