FILED

AUG 1 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dr. Craig Recht PC [illegible] Fiona Pouderis
Mrs Louise T. Recht
Timothy Hertz
Anagres - Army
Alcatraz Man who worked
with Army CIA FBI [illegible] works
w/ camera etc
Remains of Doctor Louis T. Recht MD

Plaintiff(s),

v.

[illegible] Hanson MD

Defendant(s).

SI

No. C 07-02674 ~~JCS~~

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Motion! Pending [illegible] Queen Elizabeth w/ Demand for court orders for [illegible] - no statements Arizona Bank [illegible] 5874363888 [illegible] Visa, Discover American Express, Capital One [illegible] [illegible]

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: Aug 2, 2003

Dr Craig Recht PC Navy
Dr. Craig Recht PC Navy
Signature

Counsel for Fiona Pouderis
(Plaintiff, Defendant or indicate "pro se")

on Behalf of
Mrs Louise T. Recht
Timothy Hertz
Anagres - Army
Alcatraz - Man who worked
with Army CIA FBI [illegible]
w/ camera etc
Remains of Doctor Louis T. Recht MD

Dr. Craig Pecht PE Navy Doctor
In Forma Pauperis on Behalf of
Mrs Louis T. Pecht
Timothy Hert
Alaska-Navy
Mother ... with ...
... ...
Remains of Doctor Louis T. Pecht MD

United States Court of Appeals

Dr. Craig Pecht PE Navy
In Forma Pauperis on Behalf of
Mrs Louis T Pecht
Timothy Hert
Alaska-Navy
Mother ... Army
Remains of Doctor Louis T. Pecht MD Navy
Plaintiff
vs

Case: C07 02674 JCS
Motion
In Forma Pauperis
Dr. Craig Pecht PE
Navy Doctor
Research Degrees
With Demand For
Judges Of
Queen Elizabeth II

Dr. ... MD Navy
United States
Defendant

Demanding In Forma Pauperis Status Due to Intelligence Briefing Needed as an Expert Witness to Case a Judge of ... the ... and ... are ... and are ... Civilians and Military Doctors and Researchers all over the World with Stolen Doctorates Belonging to Mrs Louis T. Pecht ... and Queen Elizabeth II and Prince Charles, and Lady Camilla, William and Harry Princes of England ... Back ... 

Dated Aug 2, 2007 Dr. Craig Pecht PE Navy Dr Craig Pecht PE Navy Dr Craig Pecht PE
In Forma Pauperis Doctor Researcher FDA Approval

MRS LOUIS T. PECHT
Dr. CRAIG PECHT PC
GEN DEL
SEATTLE WA 98101

CONFIDENTIAL

UNITED STATES DIST COURT APPEALS
SUPREME COURT
GENEVA CONVENTIONS COURT

MRS LOUIS T. PECHT
Dr. CRAIG PECHT PC
TIMOTHY HERT
MASSES
ANOTHER MAN WHO WORKED FICTIOUSLY WITH CIA/FBI NAVY ARMY CIA SS FBI
REMAINS OF DOCTOR LOUIS T. PECHT MD
PLAINTIFF

V

DR HALSON MD NAVY
DEFENDANTS

CASE NO C07-02674 JCS
RULE 26 (A) REPORT
COMPLAINT
W/ APPEALS RELIEF
STOLEN SAFE
STOLEN DOCTRINES
IMMIGRANTS AND ASYLUM PATIENTS HOLDING HOSTAGES WITH STOLEN DOCTRINES WITH STOLEN NAVY SODIUM PENATOL BY CEO'S, AGENTS ASYLUM DOCTORS AND PASSED FEDERAL STATE COUNTY EMPLOYEES AND MR. PRESIDENTS BUSH'S MR CLINTON, MRS CLINTON, SENATORS KENNEDY [illegible] CONGRESSMAN PELOSI [illegible] RETURN STOLEN AMOUNT PLUS LOSS OF INCOME PLUS INTEREST

DR. CRAIG PECHT PC AND ASSOCIATES AND MRS LOUIS T. PECHT ARE ASKING APPEALS FOR CASE IN FORGERY, TREASON, FINANCIAL AND PHYSICAL CRIMES OF TORTURING MISSING MURDERS IN CONTEMPT BY UNITED STATES NATO LEADERS AND ASYLUM PATIENTS PRODUCERS, ACTORS, CONTRACTORS, PATIENTS AND IMMIGRANT ASYLUM DOCTORS STOLEN RESEARCH AND PERSONAL DOCTRINES BY CHIEF'S PRIVATE BANKING LYNN [illegible] IN DR MAN WELLS FARGO DICK KOVACH.

DATE JULY 17 2007

Dr Craig Pecht PC Navy
[illegible] Craig Pecht PC - Navy
Mrs Louis T. Pecht
Timothy Hert
Masses Army

MRS LOUIS T. RECHT
DR CRAIG RECHT PC, NAVY JEFFERSON [illegible] [illegible] RESEARCH [illegible]
TIMOTHY HERT
[illegible]
ANOTHER [illegible] WHO WORKED [illegible] ABOUT
REMAINS OF DOCTOR LOUIS T RECHT PC
[illegible]

UNITED STATE DISTRICT COURT

DR CRAIG RECHT PC, [illegible] [illegible] — CASE NO C 07-02674 JSW

MRS LOUIS T RECHT
TIMOTHY HERT
[illegible]
ANOTHER [illegible] WHO WORKED THEN [illegible]
REMAINS OF DOCTOR LOUIS T. RECHT [illegible]
PLAINTIFF

V

DR HOUSE MD NAVY
DEFENDANT

FEE WAIVERS DUE TO WAR STOLEN SAFE STOLEN DOCUMENTS BELONGING TO DR CRAIG RECHT PC MRS LOUIS T RECHT 537436328 [illegible] UNDER THE [illegible] [illegible] US [illegible] NAVY ARMY [illegible] HELD HOSTAGE AND SOCIAL SECURITY DECLARING WAR WITH STOLEN SAFE

DEMANDING HEARINGS AND FEE WAIVER FOR JURY COPIES AND DEPOSITIONS AND TRIALS FORGERY AND NARCOTICS HEROIN COCAINE CRACK WITH CARTELS BIG TERRORISM THE WARREN/[illegible] [illegible] FRAUDS AND ASSOCIATES THEN [illegible] PRIVATE BACKSTREET [illegible] [illegible] HERTZ AND [illegible] [illegible] SINCE 1940 [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] RECHT 537 [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible] JULY 25, 2007 DR CRAIG RECHT PC [illegible] [illegible] [illegible] [illegible] [illegible] APPROVALS [illegible]

MRS LOUIS T RECHT [illegible] Mrs Louis T. Recht
TIMOTHY HERT [illegible]
[illegible] [illegible] [illegible]
ANOTHER [illegible] WHO WORKED THEN [illegible] [illegible]
[illegible]
REMAINS OF DOCTOR LOUIS T RECHT [illegible] [illegible]

Dr. Craig Reichert [illegible] [illegible] [illegible] [illegible] [illegible]

[illegible]

Dr. Craig Reichert [illegible]

[illegible]

Timothy [illegible]

[illegible]

[illegible] [illegible] [illegible] [illegible] three [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] and Plaintiff

V

Dr. [illegible] and Navy

Defendant [illegible]

Number 07-02674

Case No. 07-02674

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

DISCOVERY PLAN TO MARSHALL IN EVIDENCE FROM NEVADA LAKE TAHOE JUDGES SAN DIEGO CA [illegible] EAST COUNTY JUDGE [illegible] [illegible] CLERKS COURT ORDERS TO CLOSE ACCOUNTS HARD HOLD [illegible] BANK [illegible]

United States [illegible] [illegible] [illegible], [illegible] and [illegible] and [illegible] [illegible] [illegible] [illegible] and [illegible] [illegible] [illegible] [illegible] and [illegible] [illegible] and [illegible] [illegible] [illegible] and Women [illegible] [illegible]

[illegible]

Dr Craig Reichert PC Navy

[illegible]

MRS LOUIS T. RECHT
~~101 HYDE ST. GEN DELIVERY~~ GENERAL CONFIDENTIAL DELIVERY
~~SAN FRANCISCO CA~~ SEATTLE WA 98101
BEING HELD HOSTAGE
WITHOUT PHONE
BY MAFIA + MILLS AND
FAMILIES AND STOLEN
DOCTRINE BELONGING TO ALT SUSAN L. RECHT [illegible]
AND FOMA AND SWISS GENTS STOLE ESTATE OF GIFT OF DOCTOR LOUIS T. RECHT MD

UNITED STATES DISTRICT COURT APPEALS
SUPREME COURT
SWITZERLAND SUPREME COURT

MRS LOUIS T. RECHT
DR LOUIS T. RECHT MD REMAINS
DR CRAIG RECHT PC
TIMOTHY HORT
ANALYSES
ANOTHER MAN WHO WORKED
FICTIOUSLY THRU CIA/FBI AGENCY
AND CARWORKS, SOCIAL SECURITY
PLAINTIFFS

V.

RISK MANAGEMENT
UNITED STATES
SWITZERLAND
DEFENDANTS

CASE NO. C 07-02674 JCS
DEMAND & DOJ ENFORCEMENT RESCUES
PAST CASES NO.
UNITED STATES DISTRICT COURT / CANNIBLE ALIENS HOLDING HOSTAGES SINCE 1/6/01
06 04919 WHC
06 04980 CRB
06 04981 MEJ
DEMANDING GENEVA CONVENTION DETICALS HEARINGS AGAINST
UNITED STATES / SWITZERLAND FEDERAL GOVT.
HOMELAND FINICAL INC
VISA CARD
AMERICAN EXPRESS
U.S. POSTAL
U.S. CIA/FBI AGENCY
ACTORS GUILD
NON PROFIT
PROFIT CEO'S AGENTS
SECRET SERVICE
SURGEON GENERAL
ROZWELL BOARD MEDICAL BOARD
MONOPOLIES
CLEARINGHOUSE SWEEPSTAKES
CASINO'S
MOTIONS TO STRIKE
MILITARY SWAT ALIEN
REMOVALS NEEDED BY
SWITZERLAND
QUEEN OF ENGLAND
SENATOR KENNEDY AND
SENATOR MC CAIN
*ADDRESS CHANGE TO SAN FRANSICO GEN DEL FOR PLAINTIFFS

DEMANDING SWITZERLAND FUND AN PLANET WIDE VECTOR CONTROL AND AIRFORCE TO AN ALIEN #104 INTAKE AND SURRENDER CARDS AND FINGER PRINT A RECHT DIDGET AND INSTALL SCANNERS AND GO FEDERAL GOVERNMENT MILITARY NO CEO'S AGENTS.

11/20/06 MRS LOUIS T. RECHT [signature]
7/18/07 DR. CRAIG RECHT PC [signature] Dr Craig Recht PC NAVY
7/18/07 MRS LOUIS T. RECHT [signature]

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] MRS LOUIS T. RECHT | DATE |
|---|---|
| NAME OF SERVER (PRINT) MRS LOUIS T RECHT | TITLE SOL PROPRIETOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: SERVED THRU US MAIL SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: US. MAIL SERVICE

☐ Returned unexecuted:

☑ Other (specify): MAILED THRU THE UNITED STATES POSTAL SERVICE DUE TO DR. DAVID HAGEN MD DECLARING WAR AGAINST DOCTORS RESEARCHERS, WHITE CIVILIANS NO CHRISTIANS, ANIMALS, WILD LIFE SCOPE BY: THE WIFE OF NAVY DOCTOR MRS LOUIS T RECHT

## STATEMENT OF SERVICE FEES

| TRAVEL PLUS THE SCOPE | SERVICES SCOPE INVESTIGATION SERVICE OF | TOTAL DOCTRINES UNLIMITED |
|---|---|---|

## DECLARATION OF SERVER DOCUMENTS EXPERT WITNESS

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 3, 2007
Date

Mrs Louis T. Recht
*Signature of Server*

GENERAL DELIVERY
SEATTLE WASHINGTON 98101

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MRS LOUIS T. RECHT
Dr. CRAIG RECHT PC
TIMOTHY HART
[illegible]
ANOTHER MAN WORKING THEN ARMY/ CIA/ FBI NAVY
REMAINS OF DOCTOR LOUIS T. RECHT MD

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

RISK MANAGEMENT
TO: (Name and address of Defendant)

MRS RICE
SECRETARY OF STATE
WASHINGTON DC
WHITE HOUSE
MR. PRESIDENT BUSH

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MRS LOUIS T. RECHT
GENERAL DELIVERY
WASHINGTON DC 98101

n answer to the complaint which is served on you with this summons, within ______________ days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the lerk of this Court within a reasonable period of time after service.

.ERK DATE

) DEPUTY CLERK

Defendant's Name, Address and Phone Number:

SWITZERLAND CHANCLOR MORITZ BANK ROBBERY FORGERY 499. CAUSE OF ACTION ACCRUAL

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary.)

**Jurisdiction:**
(Reason your case is being filed in federal court)

UNITED STATES OF AMERICA

LANDSCAPE GRID

RECREATIONAL GRID

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

SINCE 1960 UNITED STATES LYNN FULLER CEO AGENT FOR ARIZONA BANK IN DENOMHENDERLAND FINANCIAL INC ITS INCAPABLE FOR LYNN FULLER TO USE DOCTRINES WITH FORGERY 499. CAUSE OF ACTION ACCRUAL CHANGING SIGNORS OF ACCOUNT BELONGING TO ONLY SUSAN LYNN RECHT 527436208 SINCE WARREN BEATTY KILLED MR. PRESIDENT KENNEDY WITH DOUGLAS HANSEN, RON WOOD, SHIRLEY WOOD AND SHERRI HOLT, THERESA WOOD VOODOO PARTY AND SON OF SHIRLEY WOOD JOHN STEVENS VALORIE STEVENS WITH FORGERY AND NEW YEARS PARTY WITH MARCY MILLS AND JOHN N. MILLS JR PLOTTING ASSASINATIONS SINCE NEW YEARS 1963. WITH DOCTRINE FORGERY, NO CPA'S

**Statement of Claim**
(continued):

DOCTRINE BELONGS TO ONLY SUSAN LYNN RECHT 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 DOCTOR LOUIS T. RECHT MD AND DR. CRAIG RECHT PC TIMOTHY HERT AND ASSASSINS AND ANOTHER MAN WORKING FICTIOUSLY THRU CIA / FBI ARMY NAVY TRYED TO GET DOCTRINES STOLEN FROM SUSAN LYNN RECHT BACK 527436288 AND THEY KILLED DOCTOR LOUIS T. RECHT MD IN UHAUL STORAGE SHED ON 2/2/03 AND PRESIDENT CLINTON DECLARED WAR AND SENATOR KENNEDY SENATOR HILLARY CLINTON, BUSH JR, BUSH SR, CARTER, REAGAN, AND CHANGES AND CHEERS PRIVATE BANKING CHASE CHASE BANK, WASHINGTON, MUTUAL CEO'S AND WELLS FARGO BANK AND DICK KNIGHT CEO, SENATOR DECLARED WAR KILLING INNOCENT CIVILIANS AND FORCING THEM TO LINE UP DAILY AND DO NARCOTICS AND PLAY STREET DRUG DEALER WITH STOLEN DOCTRINE'S FOR MEDICAL / NASA RESEARCH FROM THE MAYFLOWER EXPEDITION LEADING BACK TO PILGRAMS FROM ENGLAND MRS LOUIS T. RECHT WAS PICKED AT BIRTH FOR A DOCTRINE UNITED STATES PRESIDENTS SENATORS CONGRESSMEN AND GOVERNERS, MAYORS REFUSED TO GIVE DOCTRINES

**Relief:**
(State briefly exactly what you want the court to do for you)

STOLEN FROM SAFE AND WILL OF DOCTOR LOUIS T. RECHT AND [illegible] DR. CRAIG RECHT PC AND TIMOTHY HART AND ALIASES AND ANOTHER [illegible] ARE BEING HELD HOSTAGE AND [illegible] BY ASYLUM PATIENTS LEAD BY CAROLYN KENNEDY [illegible] DAUGHTER AND PRESIDENTS, SENATORS CONGRESSMEN, [illegible] BEING WHILE [illegible] AND PRACTICING [illegible] WITH STOLEN DOCTRINES WITH FORGED AND ASSUME OF CHILDREN, ANIMALS BY BILL CLINTON HILLARY CLINTON AND INSTRUMENTALITY WITH WAND FORGE 3 SKULL FRACTURES AND DEAD PEOPLE INSIDE USING ASYLUM PATIENT PATIENTS MOTHERS KILLING CHILDREN AND FAMILY [illegible] ROSEMARIE CYBLES CANNABLES DEAD PEOPLE INSIDE OF ANOTHER 5150 CANNABLES

**Jury Demand:**
(Optional)

DEMANDING QUEEN OF ENGLAND BE JUDGE OF QUEEN OF ENGLAND ELIZABETH II

6/ 27/07
Date

[illegible signature]
Signature of Plaintiff

**Relief:**
(State briefly exactly what you want the court to do for you)

STOLEN FROM SAFE AND WILL OF DOCTOR LOUIS T. RECHT AND BROKE DR. CRAIG RECHT PC AND TIMOTHY HART AND ALIASIES AND ANOTHER MAN ARE BEING HELD HOUSTAGE AND BEATEN BY ASYLUM PATIENTS LEAD BY CAROLYN KENNEDY CHARLOTT DAUGHTER AND PRESIDENTS, SENATORS CONGRESSMEN, BE BEING WHILE AMERICA'S AND PRACTICING HEALTH WITH STOLEN DOCTRINES WITH FORGED AND ASSUME OF CHILDREN, ANIMALS BY BILL CLINTON HILLARY CLINTON AND INSTRUMENTALITY WITH WAND FORGE 3 SKULL FRACTURES AND DEAD PEOPLE INSIDE USING ASYLUM PATIENT PATIENTS MOTHERS KILLING CHILDREN AND FAMILYHOMEBOERS [illegible] CYBLES CANNABLES DEAD PEOPLE INSIDE OF ANOTHER 5150 CANNABLES

**Jury Demand:**
(Optional)

DEMANDING QUEEN OF ENGLAND BE JUDGE OF QUEEN OF ENGLAND ELIZABETH II

8/3/07 — Dr Craig Recht PC [illegible]

6/27/07 — [illegible] Louis T Recht

Date

Signature of Plaintiff

[illegible]

[illegible] court [illegible]

[illegible] Plaintiff [illegible]
MRS [illegible]
[illegible]
[illegible]
Another [illegible] Works [illegible]
[illegible]
Remains of [illegible]
PLAINTIFF
V

RISK MANAGEMENT
DEFENDANT

C07-02674 SI CS
MOTION FOR RELIEF
Statement of [illegible]
Federal Rule of Appellate Procedure 28 (a) (4)
Rule 15
1971 (a) [illegible] U.S.C.
15 [illegible]
Brief
Rule 15 (c) (1)
[illegible]

[illegible] United States [illegible] Better State MRS [illegible] Kennedy [illegible] Bush's [illegible] Re-killing Americans [illegible] The [illegible] Simpson [illegible] with [illegible] and Bombed the hill with [illegible] Security [illegible] of MRS [illegible] 5774302 [illegible] Birth [illegible] and [illegible] with [illegible]

DECLARING WAR WRONGFULLY THEIR FOREIGN AGAINST UNITED STATES OF AMERICA & SOVEREIGN NATION AND AGAINST UNITED STATES AMERICANS INNOCENT CIVILIANS DEMANDING A TRIBUNAL HEARING BY THE UNITED STATES [illegible] AND [illegible] COURTS AND THE TRIBUNAL COURT OF BERLIN AND TRIBUNAL COURT OF SWITZERLAND PRIVACY, TRADEMARK AND COPY WRITE COURT OF UNITED STATES [illegible] ARE NEEDED A DOCTRINE [illegible] SUCH AS [illegible] HERZL [illegible] BY NATO, DOCTORS, PRESIDENTS GOVERNORS AND HUMANS POLICE SHERIFF AND CONTRACTORS ILLEGALLY ASSAULTED [illegible] AFTER A FIVE YEAR INVESTIGATION [illegible] PRESIDENT BUSH SR AND BILL CLINTON SCHWARZENEGGER [illegible] RIGHTS AND UNCONSCIONABLE [illegible] PERSONAL [illegible] TO [illegible] WHILE LIVING IN A [illegible] NATION WHILE DOING FDA TESTING ON DIET AND ANTI DEPRESSANTS AND PAIN AND PHYSICAL DRUGS [illegible] FOOD [illegible] [illegible]

[illegible] TO THE [illegible] [illegible] [illegible] AND [illegible] INTELLIGENCE AND DOMINANCE [illegible] [illegible] OF [illegible] AND [illegible] AND IMMIGRANTS. DOMINANCE [illegible] [illegible] WITH [illegible] AND [illegible] AND [illegible] [illegible] WAS IN A [illegible] WITH [illegible] AND UNITED STATES, MEXICO, [illegible], [illegible], [illegible] [illegible] WITH [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] THE [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]

(4)

MRS LOUIS T RECHT
GENERAL DELIVERY
~~P.O. BOX 193937~~ ~~SAN FRANCISCO CA 94119~~ [illegible]
CONFIDENTIAL

BEING HELD HOSTAGE BY WARREN MILLS AND [illegible] DRUG CARTELS CEO AGENTS GOVERNERS AND MAYORS THAT ARE MOBSTERS AND MOLESTERS HANGING ON ROCK TAPS BY CIA/FBI DOCTORS AND AGENTS ACTORS PRODUCERS KILLING DOCTORS CIVILIANS POLICE, FREMONT SECRET SERVICE SINCE 1900'S AND 1/6/01 DECLARED WAR ON ASYLUMS IN UNITED STATES BY CLINTON, BUSH, CARTER, KISSINGER ADAMS

DEMANDING A GENEVA CONV. HEARING PRESIDENT AND GOVERNORS, PRODUCERS ACTORS HOLDING HOSTAGES WITH STOLEN DOCTRINES VISA CARD TERRORIST WITCHCRAFT VOODOO WHITESLAVERY

TO: PRESIDENT OF SWITZERLAND

QUEEN OF ENGLAND, PRINCE CHARLES LADY CAMILLIA

SENATOR KENNEDY

SENATOR MCCAIN

PRESIDENT OF GERMANY

DEMANDING APPT IN SAN FRANCISCO CA MAYOR GAVIN AND ARNOLD SWARTNEGGAR AND MR PRESIDENT CLINTON AND SENATOR HILLARY CLINTON AND PRESIDENT BUSH JR AND LAUREN BUSH ARE HOLDING HOSTAGE WITH STOLEN DOCTRINE BELONGING TO ONLY SUSAN LYNN RECHT 527 436288 ARIZONA BANK BODE NOVA HEARTLAND FINICAL INC LYNN FULLERS CEO AND VISA CARD RODRIQUES CEO HAVE BEEN DOING BANK FRAUDS ROBBERIES BY WARREN PRODUCTIONS AND ARE WRITTING OUT CHECKS AND VISA CARDS TO TERRORIST TO DECLARE WAR AND EAT PEOPLE DEMANDING THE ESTATE OF DOCTOR LOUIS T RECHT MD BE GIVEN TO MRS LOUIS T RECHT MR CLINTON AND SENATOR HILLARY CLINTON DECLARE WAR WITH STOLEN SPACE BELONGING TO MRS LOUIS T RECHT AFTER KILLING HER HUSBAND DR. LOUIS T RECHT MD AND ALLEVIATING OF CIVILIANS WRONGFULLY SINCE 1/6/01 MRS LOUIS T RECHT

Mrs Louis T Recht
Mrs Louis T. Recht
[illegible]
Mrs Louis T Recht

1.1 [illegible]
1.2
1.4 [illegible]
1.9 [illegible]

# MATERIALS ON ARREST, DETENTION, SEARCH & SEIZURE, & POLICE MISCONDUCT

1.12 [illegible]

Adams, James A., *Prosecutor's Manual for Arrest, Search, and Seizure, Second* ed., Lexis/Nexis, 2004. KF9625 .A93 2004.

Avery, Michael, David Rudovsky, Karen Blum, *Police Misconduct Law and Litigation*, 3rd ed., Thomson/West, 2006. KF 1307 .A98.

4.7 [illegible]

Westlaw database identifier:

5.2 [illegible]

5.5 [illegible] Police Misconduct: Law and Litigation (POLICEMISC)

[illegible]

Fisanick, Christian A., *Vehicle Search Law Deskbook*, 2006 ed., Thomson/West 2006. KF 9630 .V45

6.6 [illegible] Westlaw database identifier:

Vehicle Search Law Deskbook (VEHSRCH)

Greenhalgh, William W., *The Fourth Amendment Handbook: A Chronology Survey of Supreme Court Decisions*, 2nd ed., American Bar Association Criminal Justice Section, 2003. KF 9630 .Z9 G68 2002.

Hall, John Wesley, Jr., *Search and Seizure*, 3rd ed., Lexis Law Publishing, 2000. KF 9630 .H36 2000.

Lexis library: (File name: S&SEIZ)

LaFave, Wayne R., *Search and Seizure: A Treatise on the Fourth Amendment*, 4th ed., Thomson/West, 2004. KF9630 .L26 2004.

4.1 [illegible]

Westlaw database identifier:

[illegible] Search and Seizure: A Treatise on the Fourth Amendment (SEARCHSZR)

[illegible]

Roll, John M., *Ninth Circuit Judges Benchbook on Pretrial Criminal Proceedings*. 2004. KF 9645 .R64 2004 (NAK)

[illegible]

http://www.circ9.dcn/benchbook

[illegible] *(over)*

[illegible]

CA 5 TEX [illegible] PRECLUDED THE COURT OF APPEALS FROM RECONSIDERING ON APPEAL AFTER REMAND, DEFENDANT'S ARGUMENTS, CHALLENGING DRUG QUANTITIES ATTRIBUTED TO HIM FOR SENTENCING PURPOSES WHERE COURT OF APPEALS PREVIOUSLY DECIDED THOSE ISSUES IN ORIGINAL APPEAL, AND DEFENDANT FAILED TO SHOW THAT THOSE DECISIONS IN ORIGINAL APPEAL WERE CLEARLY ERRONEOUS OR THAT OTHER EXCEPTIONS TO THE LAW OF THE CASE DOCTRINE APPLIED

U.S. V WARD 112 FED APPX 964, CERTIORARI DENIED 125 S. CT 1542, 162 L ED 2d 277 REHEARING DENIED, REHEARING DENIED 125 S. Ct 26, 162, L Ed 2d 924

DEFENDANT WAS PRECLUDED FROM CHALLENGING HIS CONVICTION FOR POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE AND THE MANDATORY MINIMUM 10-YEAR PRISON SENTENCE THAT WAS IMPOSED FOR THAT OFFENSE, ON APPEAL REMAND, WHERE HE FAILED TO CHALLENGE THE CONVICTION IN HIS ORIGINAL APPEAL Id.

DISPENSING WITHOUT A PHARMACEUTICAL CO AND STEEL CREEK NON LATIN PRESCRIPTIONS

1181, 5 (A) CA 4 (N.C.) 2001
CASE HAD TO BE REMANDED FOR DISTRICT COURT TO DISTRICT COURT TO MAKE REQUIRED FACTUAL FINDING WITH RESPECT TO DRUG TYPES AND QUANTITIES ATTRIBUTABLE TO DEFENDANT, WHERE DISTRICT COURT IN SENTENCING DEFENDANT ON DRUG CONSPIRACY OFFENSE DID NOT SPECIFY EXACT QUANTITY OR IDENTITY OF DRUGS INVOLVED, OR HOW IT CAME TO CONCLUSION AS TO APPROPRIATE BASE OFFENSE LEVEL U.S. V ANGLE 254 F 3d 514 CERTIORARI DENIED PHIFER V U.S. 122 S CT 309, 534 U.S. 937, 151, L ED 2d 230

CA 8 ND 2005
AT SENTENCING FOLLOWING CONVICTIONS FOR EMBEZZLEMENT AND THEFT FROM TRIBAL ORGANIZATION (ITO) AND THEFT FROM PROGRAMS RECEIVING FEDERAL FUNDS, DEFENDANT HAVING PRESERVED AN OBJECTION TO DISTRICT COURT'S LOSS CALCULATION AND TO TWO LEVEL ENHANCEMENT FOR ABUSING A POSITION OF TRUST, WAS ENTITLED TO A NEW SENTENCING PROCEEDING ON REMAND, IN ACCORDANCE WITH UNITED STATES V BOOKERS HOLDINGS THAT FEDERAL SENTENCING GUIDELINES WERE SUBJECT TO SIXTH AMENDMENT JURY TRIAL REQUIREMENT, AND THAT GUIDELINES WERE NO LONGER MANDATORY U.S.CA. CONST. AMEND 6; 18 USCA §§ 666, 1163 USSG §§ 2 B1.1(b)(1)(E), 3 B1.3, ; 18 U.S.CA. -
U.S. V MORIN 125 FED APPX 90, REHEARING AND REHEARING DENIED

CA 8 (ND) 2005
RESENTENCING WAS REQUIRED IN PROSECUTION ON MULTIPLE WEAPONS CHARGES, WHERE DISTRICT COURT PLAINLY ERRED IN IMPOSING SENTENCE UNDER A MANDATORY SENTENCING GUIDELINE SCHEME; ERROR AFFECTED DEFENDANT'S SUBSTANTIAL RIGHTS RESENTENCING UNDER BOOKER DEFENDANT UNDER REPUTATION OF JUDICIAL PROCEEDINGS USCA CONST. AMEND 6 - U.S. V BAKER 419 F 3d 887

CA 5 TEX 2004 UNDER THE "LAW OF THE CASE DOCTRINE" ORDINARILY AN ISSUE OF FACT OR LAW DECIDED ON APPEAL MAY NOT BE REEXAMINED EITHER BY LAW OR FACT ISSUES ON APPEAL MAY NOT BE REEXAMINED EITHER BY THE COURT ON A SUBSEQUENT APPEAL U.S. V SIANINA 359 F 3d 356 REHEARING DENIED AND REMAND 691 FED APPX 594, CERTIORARI DENIED 125 [illegible]

EDVA 2003
KIDNAPPING AND MURDER CASE
THAT TESTIMONY OF WITNESS EXCEPTION APPLICABLE WHEN DEFENDANT CONDUCT MADE ORIGINAL [illegible] UNAVAILABLE TO TESTIFY AT TRIAL DECLARANT UNAVAILABLE TO TESTIFY AT TRIAL AFFIRMED ON APPEAL, WAS NOT LAW OF CASE REQUIRED TO BE FOLLOWED DURING NEW TRIAL APPELLATE INTERPRETATION WAS INVALIDATED BY LATE COURT OF APPEALS OPINION
FEDERAL RULE EVIDENCE RULE 804 (b) (6)
28 USCA / US V LENTZ 384 F SUPP. 2d 934

RULING BY JUDGE IN FIRST TRIAL OF HUSBAND FOR KIDNAPPING AND MURDERING WIFE, DECLARING INADMISSIBLE ON RELEVANCY GROUNDS TESTIMONY OF GIRLFRIEND THAT HUSBAND HAD BEHAVED STRANGELY AND WAS CAPABLE OF LIFTING HER, WAS LAW OF CASE DESPITE CLAIM THAT IT IMPEACHED EVIDENCE OF HUSBAND THAT SHOULDER INJURY PRECLUDED HIM FROM ATTACK OF WIFE
FEDERAL RULES OF EVIDENCE RULE 403, 28 USCA ID
DETERMINATION OF PRIOR JUDGE IN FIRST TRIAL OF DEFENDANT HUSBAND CHARGED WITH KIDNAPPING AND MURDER WIFE, THAT PREJUDICIAL IMPACT OF EVIDENCE THAT HE TOOK DOWN MISSING PERSON POSTERS OF WIFE OUTWEIGHED PROBATIVE VALUE OF EVIDENCE VALUE [illegible] OF GUILT WAS LAW OF CASE FOR SECOND TRIAL
FEDERAL RULES EVID RULES 401, 403, 28 USCA ID

FINE SUR DONE [LAW FRENCH]
FINE UPON GIFT GRANT AND RENDER
A DOUBLE CONVEYANCE, CONSISTING OF FINE SUR COGNIZANCE DE DROIT COME CEO QUE IL AD DE SON DONE AND A FINE SUR CONCESSIT
(USED TO CONVEY PARTICULAR LIMITATION OF ESTATES) FOR EXAMPLE AFTER ACKNOWLEDGMENT OF THE COGNIZEE'S RIGHT IN THE LAND THE COGNIZEE WOULD GRANT BACK TO THE COGNIZOR OR A THIRD PARTY SOME OTHER ESTATE IN THE LAND

FINE

LEX TALIONIS [LATIN]
THE LAW OF RETALIATION - UNDER WHICH PUNISHMENT SHOULD BE KIND
EYE FOR A EYE; JUS TALIONIS; PRINCIPLE OF RETRIBUTION
LEX TALIONIS - THINE EYE SHALL NOT PITY; BUT LIFE SHALL GO FOR LIFE, EYE FOR EYE, TOOTH FOR TOOTH HAND FOR HAND FOOT FOR FOOT DEUTERONOMY XIX 21
NO SUCH PRINCIPLE, INDEED, IS CAPABLE OF LITERAL INTERPRETATION; BUT SUBJECT TO METAPHERICAL AND SYMBOLICAL APPLICATION; IT IS IN KANT'S VIEW THE CAUDINAL RULE OF THE IDEAL SCHEME OF CRIMINAL JUSTICE"
JOHN SALMOND JURISPRUDENCE 118
(GLANVILLE L. WILLIAMS ED. 10th ed 1947

BUT IF THE FORM OF LEX TALIONIS, AN EYE FOR AN EYE OR A TOOTH FOR A TOOTH, SOUNDS TOO BARBARIC TODAY, MAY WE NOT REFORMULATE THE RETRIBUTIVE THEORY AND PUT IT THUS: EVERYONE IS TO BE PUNISHED ALIKE IN PROPORTION TO THE GRAVITY OF HIS OFFENSE OR TO THE EXTENT TO WHICH HE HAS MADE OTHERS SUFFER?
MORRIS R. COHEN REASON AND LAW 53 (1961)
LEX TERRAE [LATIN]
LAW OF THE LAND

LEX VALIDITATIS [LATIN]
CONFLICT OF LAWS
THE PRESUMPTION OF VALIDITY
GOVERNING MARRIAGES, CONTRACTS AND OTHER MATTERS

LAW OF THE CASE (TRIAL)
RES JUDICATA
STARE DECISIS

LAW OF THINGS
THE LAW PERTAINING TO THINGS, THE LAW IS DETERMINED BY CHANGES IN THE NATURE OF THINGS
JUS RERUM
(SEE JUS RERUM)
LAWS OF WAR

GENEVA CONVENTION

LEX POMPEIA DE PARRICIDIIS [LATIN]
ROMAN LAW A LAW PUNISHING A PERSON FOR CAUSING THE DEATH OF HIS OR HER OWN SPECIFIED RELATIVE SUCH AS SISTER, BROTHER HUSBAND WIFE DAUGHTER SON
• THE OFFENDER WAS KILLED BY BEING SEWN UP IN A SACK WITH A DOG, A ROOSTER, A POISONOUS SNAKE, AND A MONKEY AND THEN THROWN INTO RIVER

LEX POETELIA [LATIN] ROMAN LAW
A LAW ABOLISHING A CREDITOR'S RIGHT TO TREAT HIS DEBTOR INHUMANELY AS BY BEATING OR FETTERING THE DEBTOR

LEX PLAETORIA [LATIN] ROMAN LAW
A LAW PROTECTING MINORS AGAINST FRAUDS AND PERMITTING THEM TO APPLY FOR A GUARDIAN

LEX PETRONIA [LATIN] ROMAN LAW
A LAW FORBIDDING MASTERS FROM PLACING THEIR SLAVES WITH WILD BEAST IN SPECTACLE CONTEST WITHOUT APPROPRIATE PERMISSION FROM A MAGISTRATE

LEX PATRIAE [LATIN]
NATIONAL LAW: THE LAW OF ONES COUNTRY

LEX PRIVATA [LATIN]
PRIVATE LAW • A CLAUSE IN A PRIVATE CONTRACT LEX

LEX PUBLICA [LATIN]
PUBLIC LAW

LEX REGIA [LATIN] (ROYAL LAW)
A LAW OSTENSIBLY ENACTED BY THE ROMAN PEOPLE GRANTING WIDE LEGISLATIVE AND EXECUTIVE POWERS TO THE EMPEROR
EMPERORS WILL OR PLEASURE AND THE FULL FORCE

LEX SITUS [LATIN]
THE LAW OF THE PLACE WHERE PROPERTY IS LOCATED
LEX LOCI REI SITAE RESTATEMENT (SECOND) OF CONFLICT OF LAWS §§ 222 et seq (1971)

LEX SOLUTIONIS / SEE LEX LOCI SOLUTIONIS

[illegible]

221 NLRB [illegible] (1975) 91 LRRM 1150

[illegible] (1977) SUB NOM V NLRB CA 9 [illegible]

HARRIS TEETER SUPER MARKETS INC

231 NLRB 1053 1977 96 LRRM 1145

242 NLRB No 30 (1979) 101 LRRM 1136

HARRIS TRUCK & TRAILER SALES INC

224 NLRB 100 (1976) 92 LRRM 1024

HARRIS V ITT CONTINENTAL BAKING CO

[DC DC (1979)] 102 LRRM 3091

[illegible] (1977) 96 LRRM 33 [illegible]

HERTZ CORP ([illegible]) ENF (1980) [illegible] 103 LRRM 2150, 609 F 2d 14

[CA 2 (1976) SUB NOM NLRB V CA 9 No. 1480

[illegible] 1561] 92 LRRM 1535 F 2d 305

HERCULES PRINTERS INC

248 NLRB 1047 (1980) 104 LRRM 1105

HERCULES INC

225 NLRB 241 (1976) 93 LRRM 1002

HIGHLAND HEALTH CARE INC

DBA BECKLEY

243 NLRB No 156 (1979) 101 LRRM 1617

KINNEY DRUGS INC

234 NLRB 783 (1978) 97 LRRM 1330

GENERAL MOTORS CORP

[CA 3 (1976) SUB NOM V NLRB CA 6 [illegible]]

93 LRRM 2018, 535 F 2d 1246

KINNEY SHOE CORP

251 NLRB No 76 (1980) 105 LRRM 1313

GENERAL ELECTRIC CO V TECHNICAL ENGINEERS LOCAL 13[illegible]

CA 3 1976 REVSG 90 [illegible]]

91 LRRM 3471, 531 F 2d 1178

[illegible]

WAREHOUSE

[illegible]

[illegible] V [illegible] LOCAL [illegible]

[illegible] (1977) 96 LRRM 2477 [illegible] F [illegible] 217

[illegible]

[illegible]

[illegible] LOCAL 332

233 NLRB 521 (1977) 97 LRRM 1371

236 NLRB [illegible]

[illegible] LRRM 1461

DC NY (1979) 102 LRRM [illegible]

CONFIDENTIAL

MRS. LAURA T. RECHT
587-463-6923
[illegible] LYNN [illegible]
GENERAL DELIVERY
SURREY B.C. [illegible]
TO REMAIN PRIVATE [illegible] ON BEHALF OF
MRS. LAURA T. RECHT

TO HEADLAND FINANCIAL [illegible] LYNN FELLOWS / [illegible]

RE: [illegible] DOCKING'S BY ASYLUM PATIENTS WARREN [illegible] DRUGS [illegible] KELOWNA, [illegible], MR. BUSH, [illegible], [illegible] LEADERS, MEXICO, [illegible] ARABIA, [illegible] CANADA, JAMAICA, SCOTLAND, PAKISTAN.

DONALDSON DOCKING ACCOUNT BE CLOSED AND RELEASED TO QUEEN ELIZABETH II, PRINCE CHARLES, LADY CAMILLA, PRINCE WILLIAM, PRINCE HARRY.

I, MRS LAURA T RECHT AM [illegible] [illegible] PAYMENT [illegible] ASYLUM PATIENTS [illegible] BE ALLOWED TO USE MY PERSONAL [illegible] [illegible]. [illegible] [illegible] AND [illegible] ASYLUM PATIENTS ARE [illegible] AND [illegible] [illegible] AND [illegible] [illegible] BANK [illegible] AND BANK [illegible] AND ASYLUM PATIENTS TO [illegible] PEOPLE AND [illegible] [illegible] AND [illegible] [illegible]

Date: Aug 5. 2005 Dr. Craig Recht RE. Dr Craig Recht RE [illegible]

C07-2674

**CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 5/99)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Dr. Craig Pecht PC | VOUCHER NUMBER | |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY<br>☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☒ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant ☒ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE *(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

## REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT

As the attorney for the person represented, who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:

☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ unknown OR

☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. *(Note: Prior authorization should be obtained for services in excess of $300, excluding expenses.)*

Signature of Attorney Dr. Craig Pecht PC Navy Doctor Date July 30, 2007

☐ Panel Attorney ☐ Retained Attorney ☒ Pro-Se ☐ Legal Organization

ATTORNEYS NAME *(First Name, M.I., Last Name, including any suffix)*. AND MAILING ADDRESS

Dr. Craig Pecht PC

General Delivery

Seattle WA 98101

Telephone Number:

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See *Instructions*)

14. TYPE OF SERVICE PROVIDER

| | | | |
|---|---|---|---|
| 01 ☒ Investigator | | 15 ☐ Other Medical | |
| 02 ☐ Interpreter/Translator | | 16 ☐ Voice/Audio Analyst | |
| 03 ☐ Psychologist | | 17 ☒ Hair/Fiber Expert | |
| 04 ☐ Psychiatrist | | 18 ☐ Computer (Hardware Software/Systems) | |
| 05 ☐ Polygraph | | 19 ☐ Paralegal Services | |
| 06 ☐ Documents Examiner | | 20 ☐ Legal Analyst/Consultant | |
| 07 ☐ Fingerprint Analyst | | 21 ☐ Jury Consultant | |
| 08 ☒ Accountant | | 22 ☐ Mitigation Specialist | |
| 09 ☐ CALR (Westlaw/Lexis, etc.) | | 23 ☐ Duplication Services *(See Instructions)* | |
| 10 ☒ Chemist/Toxicologist | | 24 ☐ Other *(Specify)* | |
| 11 ☐ Ballistics | | | |
| 13 ☒ Weapons/Firearms/Explosive Expert | | | |
| 14 ☐ Pathologist/Medical Examiner | | | |

15. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction. The authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of authorization.

☐ YES ☐ NO

## CLAIM FOR SERVICES AND EXPENSES — FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES *(Attach itemization of services with dates)* | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation unknown | | | |
| b. Travel Expenses *(lodging, parking, meals, mileage, etc.)* unknown | | | |
| c. Other Expenses unknown | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | |

17. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Dr. Craig Pecht PC Navy

TIN:

Telephone

CLAIMANTS CERTIFICATION FOR PERIOD OF SERVICE 1989 TO to Date July 30, 2007

CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Dr. Craig Pecht PC Navy Date July 31st 2007

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Dr. Craig Pecht PC Navy Date July 31 2007

## APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost *(excluding expenses)* of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost *(excluding expenses)* exceeds $300.

Signature of Presiding Judicial Officer Date Judge/Mag. Judge Code

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) Date Judge Code

HARD HOLD ACCOUNT NO'S WITH SOCIAL SECURITY NO. 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 [Mrs Louis T. Recht], NO. 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 [Dr. Louis T. Recht MD Date of Death 2/3/03] FEMA ALL DOCTRINES U.S. DEPARTMENT WITH DOCTRINES AND FEMA

**Notice to Terminate Joint Account** HARD HOLD

Date: Aug 8, 2007 FOR SOC NO 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 SOC. NO 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

[illegible] BANK [illegible]

WELLS FARGO DICK KOVACEVICH CEO

VISA CARD [illegible] AMERICAN EXPRESS, DISCOVER [illegible]

*[name and address of creditor]* CHASE PRIVATE BANKING CEO CHASE

STOLEN FEMA, RESEARCH DOCTRINES FOR [illegible] RESEARCH AND TRANSPORTATION [illegible]

Names on account: STOLEN DOCTRINES TWO SIGNER ACCOUNTS

Account number: AND FEMA BELONGING TO QUEEN ELIZABETH II [illegible]

MRS LOUIS T. RECHT 537436088

DR. LOUIS T. RECHT MD 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

To Whom It May Concern:

With this letter, I am requesting that you close the account referenced above, effective immediately.

I am requesting a "hard close" of the account so that neither party to the account may incur new charges. If you do not hard close the account, please be informed that as of the date of this letter, I will not be responsible for any new charges made to this account.

If my account has an outstanding balance, you may keep the account open for billing purposes only. Nevertheless, I request that you keep the account inactive so that neither party to the account can incur new charges.

Please acknowledge receipt of this notice by signing the duplicate of this letter and returning it to me in the enclosed stamped, self-addressed envelope.

Thank you for your assistance with this matter.

Mrs Louis T. Recht Dr Craig Recht PC FEMA [illegible] on behalf of

Signature

MRS LOUIS T. RECHT Dr Louis T. Recht MD 554087104

DOCTOR LOUIS T. RECHT Date of Death 2/3/03

Printed or typed name

GENERAL DELIVERY on behalf of

SEATTLE WASHINGTON 98107 QUEEN ELIZABETH II

Address

[illegible] AND STOLEN DOCTRINES

FEMA AND [illegible] DOCTRINES OF

Home Phone MRS LOUIS T. RECHT 537436088

BELONGING TO QUEEN ELIZABETH II [illegible]

Receipt acknowledged by:

Signature Date

Fery Sabouri

Ballard

[illegible]

206 781-2012 Fax

fery.sabouri@wellsfargo.com

Wells Fargo Bank, N.A.

As of:

Brad Gabrielse

MAC P6530-011

1819 Nw Market St.

Seattle, WA 98107

206 789-8100

206 781-2012 Fax

800 869-3557 24 Hr. Customer Service

brad.gabrielse@wellsfargo.com

Wells Fargo Bank, N.A.

Term

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MRS LOUIS T RECHT,

Plaintiff (s),

v.

DR HANSON,

Defendant(s).

No. C 07-02674 JCS

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

07 MAY 21 PM 2:03

IT IS HEREBY ORDERED that this action is assigned to the Honorable Joseph C. Spero. When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California" , the Notice of Assignment of Case to a United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients shall familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

**CASE SCHEDULE -ADR MULTI-OPTION PROGRAM**

| Date | Event | Governing Rule |
|---|---|---|
| 5/21/2007 | Complaint filed | |
| 8/3/2007 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8 |
| 8/17/2007 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 8/24/2007 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm A, 15th Floor, SF at 1:30 PM | Civil L.R. 16-10 |