FILED

AUG 1 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dr. Craig Pecht Pe [illegible] Doctor. Forum Parties on behalf of Mrs Louis T. Pecht Timothy [illegible] Anastasia [illegible] [illegible] Remains of Doctor Louis T. Pecht [illegible] Plaintiff,

Dr. [illegible] MD [illegible] Defendant.

No C 07-02674 JCS SI

F26 Report Meet MANAGEMENT CONFERENCE w/ Relief - Rescues for civilians military animals wildlife sought for wrongful [illegible] deaths malpractices [illegible] by Navy, Army civilians thru Salvation Army contractors [illegible] [illegible] [illegible] by [illegible] CEOs [illegible]

Pursuant to FRCP 16 and Civil LR 16-2, **IT IS ORDERED** that a Case Management Conference will be called in this case before the undersigned Aug 24, 2007 at am in Courtroom 15 Floor, at 450 Golden Gate Avenue, San Francisco, California under rule F26 Report Emergency [illegible] hearings with Army, Navy, Air Force and Marines are needed

1. Plaintiff is directed to serve, in accordance with the provisions of FRCP 4 and 5, copies of this order at once on all parties to this action, and on any parties subsequently joined. Following service, plaintiff shall file an appropriate certificate of service with the court. Due to war emergency relief, stolen [illegible] belonging to Mrs Louis T. Pecht and Queen Elizabeth II Prince Charles [illegible] Camilla, Prince William Prince Harry of England & the United Kingdom

August 17, 2007 Dr. Craig Pecht Pe [illegible] Craig Pecht Pe
Forum Parties Doctor [illegible] FDA [illegible]
on Behalf of
Mrs Louis T. Pecht
Timothy [illegible]
[illegible]
[illegible]

MRS LOUIS T RECHT
DR. CRAIG RECHT PC
GEN DEL
SEATTLE WA 98101

CONFIDENTIAL

UNITED STATES DIST COURT APPEALS
SUPREME COURT
GENEVA CONVENTIONS COURT

MRS LOUIS T. RECHT
DR. CRAIG RECHT PC
TIMOTHY HERT
ANASISES
ANOTHER MAN WHO WORKED FICTIOUSLY WITH CIA/FBI NAVY ARMY CIA SS FBI AND ROMANUS OF DOCTOR LOUIS T. RECHT
PLAINTIFF

V

DR. HANSON. MD NAVY
DEFENDANTS

CASE NO C07-1002 BSL JPD
RULE 26(f) REPORT
COMPLAINT
W/ APPEALS RELIEF
STOLEN SAGO
STOLEN DOCTINES
IMMIGRANTS AND
ASYLUM PATIENTS
HOLDING HOSTAGES
WITH STOLEN DOCTINES
WITH STOLEN NAVY
SODIUM PENATOL
BY CEO'S, AGENTS
ASYLUM DOCTORS AND
POSSED FEDERAL, STATE
COUNTY EMPLOYEES
AND MR. PRESIDENTS BUSH'S
MR CLINTON MRS CLINTON
SENATORS KENNEDY CALHOUN
CONGRESSMAN PELOSIO
MR CARLY RIZWELL
RETITE STOLEN AMOUNT PLUS LOSS OF INCOME PLUS INTEREST

DR. CRAIG RECHT PC AND ASSOCIATES AND MRS LOUIS T. RECHT ARE ASKING APPEALS FOR CASE IN FORGERY, TREASON, FILLICIDE AND PHYSICAL CRIMES OF TORRYING NURSING MURDERS IN COMBAT BY UNITED STATES NATO LEADERS AND ASYLUM PATIENTS PRODUCERS, ACTORS, CONTRACTORS, PATIENTS AND INSANE ASYLUM DOCTORS STOLEN RESEARCH AND PERSONAL DOCTRINES BY CHEFS PRIVATE BANKING LYNN FULLER IN DE NOGA WELLS FARGO DICK KACIACH.

DATE JULY 17 2007

Dr. Craig Recht PC - Navy
Mrs Louis T. Recht
Timothy Hert
Anasises - Army
Another man who worked thru

[illegible]

Name of Attorney for Plaintiff/Name of Plaintiff (if pro se)

[illegible]

Address

[illegible] WA 98101

MRS LOUIS [illegible]

[illegible]

Telephone Number

[illegible] WITH [illegible]

Facsimile Number

[illegible]

State Bar Number of Attorney

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

[illegible] MRS. LOUIS [illegible] [illegible], Plaintiff,

v.

Commissioner

[illegible] Defendant.

Case No. 07-02674 [illegible]

**COMPLAINT FOR JUDICIAL REVIEW OF DECISION OF COMMISSIONER**

[illegible] (Administrative Procedure Act Case) [illegible]

The above-named plaintiff makes the following representations to this court for the purpose of obtaining judicial review of a decision of the defendant adverse to the plaintiff:

1. The plaintiff is a resident of King County (City), WASHINGTON (State).

2. The plaintiff complains of a decision which adversely affect the plaintiff in whole or in part. The decision has become the final decision of the Commissioner for purpose of judicial review and bears the following caption: [illegible] IN U.S. [illegible] W/ NURSES [illegible]

In the case of: Dr. Craig Recht PC Navy [illegible] Louis Recht [illegible]

Claimant

Wage Earner (Leave blank if same as above)

Claim for: [illegible] [illegible] Doctrines [illegible] Titles to [illegible]

Type of Benefit

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 [illegible]-08-7104

Last Four Digits of Social Security Number

3. The plaintiff has exhausted administrative remedies in this matter and this court has jurisdiction pursuant to Title 42, U.S.C. §405(g).

WHEREFORE, the plaintiff seeks judicial review by this court and the entry of judgment for such relief as may be proper, including costs. Housing, transportation [illegible] business expenses with [illegible] Queen Elizabeth II [illegible] Power of Attorney for Wes Louis T. Recht to Queen Elizabeth II and Branston [illegible] Dr. Louis T. Recht [illegible] Navy

DATE: Aug 17, 2007

Aug, 17, 2007

Dr Craig Recht PC Navy

Signature of Attorney or Plaintiff Appearing Pro Se Doctor [illegible] Dr. Craig Recht PC Navy

N:\DOCS\INTAKE\CIVIL\SocSecComplaintForm.wpd

HARD HOLD ACCOUNT NO'S WITH SOCIAL SECURITY NO. 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 (MRS LOUIS T. RECHT), NO. 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 (DR. LOUIS T. RECHT M.D., DATE OF DEATH NAVY 2-13-03) FEMA ALL DOCTRINES U.S. DEPARTMENT WAR WITH DOCTRINES AND FEMA

## Notice to Terminate Joint Account

HARD HOLD FOR SOC. NO 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, SOC. NO 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

Date: Aug 8, 2007

HEADQUARTERS FINANCIAL ARIZONA BANK ... CEO
WELLS FARGO DICK KOVACEVICH CEO
VISA CARD INT RODRIGUEZ CEO AMERICAN EXPRESS, DISCOVER, MC
[name and address of creditor] CHASE PRIVATE BANKING CEO CHASE

STOLEN FEMA, RESEARCH, DOCTRINES FOR ALIEN RESEARCH AND TRANSPORTATION ...

Names on account: STOLEN DOCTRINE THIS STOLEN ACCOUNTS

Account number: AND FEMA BELONGING TO QUEEN ELIZABETH II ... MRS LOUIS T. RECHT 537436288, DR. LOUIS T. RECHT MD 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

To Whom It May Concern:

With this letter, I am requesting that you close the account referenced above, effective immediately.

I am requesting a "hard close" of the account so that neither party to the account may incur new charges. If you do not hard close the account, please be informed that as of the date of this letter, I will not be responsible for any new charges made to this account.

If my account has an outstanding balance, you may keep the account open for billing purposes only. Nevertheless, I request that you keep the account inactive so that neither party to the account can incur new charges.

Please acknowledge receipt of this notice by signing the duplicate of this letter and returning it to me in the enclosed stamped, self-addressed envelope.

Thank you for your assistance with this matter.

Mrs Louis T. Recht — Dr Craig Recht PC FEMA ... ON BEHALF OF DR. LOUIS T. RECHT MD 554087104 DATE OF DEATH 2/13/03 ON BEHALF OF QUEEN ELIZABETH II

Signature

MRS LOUIS T. RECHT
DOCTOR LOUIS T. RECHT

Printed or typed name

GENERAL DELIVERY
SEATTLE WASHINGTON 98107

Address

DEMAND SAFE AND STOLEN DOCTRINES FEMA AND PERSONAL DOCTRINE OF MRS LOUIS T. RECHT 537436288 BE RETURNED TO QUEEN ELIZABETH II ...

Home Phone

Receipt acknowledged by:

Signature

Date

Print ...

Fery Sabouri
Branch Manager
Ballard
MAC P6530-011
1819 NW Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
fery.sabouri@wellsfargo.com

WELLS FARGO
Wells Fargo Bank, N.A.

As of:

Term

Brad Gabrielse
Personal Banker
MAC P6530-011
1819 Nw Market St.
Seattle, WA 98107
206 789-8100
206 781-2012 Fax
800 869-3557 24 Hr. Customer Service
brad.gabrielse@wellsfargo.com

WELLS FARGO
Wells Fargo Bank, N.A.

## Complaint Letter

Date: Aug 8, 2007
MRS LOUIS T. PECHT
GENERAL DELIVERY
SEATTLE WASHINGTON 98101
*[name and address of consumer protection office]*

Date: Aug 8, 2007

To Whom It May Concern:

I wish to lodge a complaint about the following company: UNITED STATES

Name: HEARTLAND FINANCIAL INC [illegible] [illegible] HOMELAND SECURITY
ARIZONA BANK [illegible]
Address: WELLS FARGO DICK KOVACEVICH CEO [illegible]
VISA, DISCOVER, [illegible], AMERICAN EXPRESS [illegible] PRIVATE BANKING
Phone number: [illegible]

Name of person with whom I dealt: UNITED STATE PRESIDENTS
SENATOR KENNEDY SENATOR GOLDWATER
CONGRESSWOMAN NANCY PELOSI, SECT OF STATE

The details of my complaint are as follows *[attach additional sheets if necessary]*: [illegible]
FOREVER [illegible] MURDERS [illegible] BEATTING
[illegible] CANNIBALISM AND KILLING AMERICANS WITH STOLEN SAFE STOLEN DOCTRINE 5074260288 MRS LOUIS T. PECHT

Please investigate this matter and inform me of the results.

Sincerely,

Mrs Louis T Pecht Dr Craig Pecht PC [illegible]
Signature [illegible]

MRS LOUIS T. PECHT DR CRAIG PECHT PE DOCTOR LOUIS T. PECHT MD NAVY
Print Name

GENERAL DELIVERY SEATTLE WASHINGTON 98101
Address

Home phone Work phone

Email

cc:

DE-1[illegible]

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| MRS LOUIS T. RECHT<br>Dr. CRAIG RECHT PC NAVY<br>FORMA PAUPERIS<br>GENERAL DELIVERY<br>SEATTLE WA 98101<br>ATTORNEY FOR (Name): Dr. CRAIG RECHT PC FORMA PAUPERIS | | |
| COURT OF DIST, APPEALS, SUPREME COURT<br>STREET ADDRESS: DIST COURT SF<br>MAILING ADDRESS: APPEALS COURT SUPREME COURT<br>CITY AND ZIP CODE: WASHINGTON DC 98101<br>BRANCH NAME: UNITED STATES COURT<br>CLERKS DESIRE REQUESTED WITH JUDGE EX QUEEN ELIZABETH II ENGLAND THIRD WAR | | |
| ESTATE OF (Name): Dr. LOUIS T RECHT MD NAVY 554087104 RECHT FORMA PAUPERIS on BEHALF MRS LOUIS T. RECHT<br>DECEDENT | | |
| NOTICE OF PETITION TO ADMINISTER ESTATE<br>(Name): Dr. LOUIS T. RECHT MD THE GIFT 554-087104 | | CASE NUMBER:<br>06-CV04919 MMC<br>06-CV04980CRB<br>06-CV04981 MEJ |

1. To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, (specify all names by which decedent was known): MRS. LOUIS T. RECHT Dr. CRAIG RECHT PC NAVY FORMA PAUPERIS

2. A PETITION FOR PROBATE has been filed by (name of petitioner): MRS LOUIS T. RECHT Dr. CRAIG RECHT PC NAVY in the Superior Court of California, County of (specify):

3. THE PETITION FOR PROBATE requests that (name): QUEEN ELIZABETH II be appointed as personal representative to administer the estate of the decedent. Dr. CRAIG RECHT PC NAVY FORMA PAUPERIS

4. [X] THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

5. [X] THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain very important actions, however, the personal representative will be required to give notice to interested persons unless they have waived notice or consented to the proposed action.) The independent administration authority will be granted unless an interested person files an objection to the petition and shows good cause why the court should not grant the authority.

6. A HEARING on the petition will be held on APPLYING FOR A JUDGE EX QUEEN ELIZABETH II

| Date: | Time: | Dept.: | Room: |
|---|---|---|---|

located at address of court: [ ] same as noted above [ ] other (specify):
DIST COURT SF, DIST COURT WASHINGTON APPEALS AND SUPREME COURT DISCIPLINARY

7. IF YOU OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

8. IF YOU ARE A CREDITOR or a contingent creditor of the deceased, you must file your claim with the court and mail a copy to the personal representative appointed by the court within four months from the date of first issuance of letters as provided in Probate Code section 9100. The time for filing claims will not expire before four months from the hearing date noticed above.

9. YOU MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a *Request for Special Notice* (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A *Request for Special Notice* form is available from the court clerk.

10. [X] Petitioner [ ] Attorney for petitioner (name): QUEEN ELIZABETH II

MRS LOUIS T. RECHT
Dr. CRAIG RECHT PC NAVY
FORMA PAUPERIS
GENERAL DELIVERY
SEATTLE WASHINGTON 98101

Dr. Craig Recht PC NAVY FORMA PAUPERIS
▶ Mrs Louis T. Recht
(SIGNATURE OF [X] PETITIONER [ ] ATTORNEY FOR PETITIONER)

NOTE: If this notice is published, print the caption, beginning with the words NOTICE OF PETITION, and do not print the information from the form above the caption. The caption and decedent's name must be printed in at least 8-point type and the text in at least 7-point type. Print the case number as part of the caption. Print items preceded by a box only if the box is checked. Do not print the *italicized* instructions in parentheses, the paragraph numbers, the mailing information, or the material on the reverse.

(Continued on reverse)

form 11 • 275

DE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Dr. Craig Recht PC Forma Pauperis - Mrs Louis T. Recht Concord Downtown Seattle WA 98101 TELEPHONE NO.: FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): Dr. Craig Recht PC Navy Doctor | FOR COURT USE ONLY |
|---|---|
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ Dist Court, Court of Appeals Supreme Court of Washington STREET ADDRESS: MAILING ADDRESS: Dist Court California CITY AND ZIP CODE: Court of Appeals BRANCH NAME: Dist Court Washington Supreme Court | |
| ESTATE OF (Name): Dr. Louis T. Recht MD Navy The Gift DECEDENT | |
| PETITION FOR [ ] Probate of Will and for Letters Testamentary [ ] Probate of Will and for Letters of Administration with Will Annexed [ ] Letters of Administration [ ] Letters of Special Administration [ ] with general powers [X] Authorization to Administer Under the Independent Administration of Estates Act [ ] with limited authority | CASE NUMBER: 06-CV04919 MMC 06-CV04980 SBA 06CV-0491 MMC HEARING DATE: DEPT.: TIME: |

1. Publication will be in *(specify name of newspaper):*
   a. [ ] Publication requested. b. [X] Publication to be arranged.
2. **Petitioner** *(name of each):* requests
   a. [ ] decedent's will and codicils, if any, be admitted to probate.
   b. [X] *(name):* Dr. Louis T. Recht MD The Gift to be administor by Judge Ex Queen Elizabeth.
   be appointed (1) [ ] executor Request for Supreme Court Clerks (3) [ ] administrator
   (2) [ ] administrator with will annexed (4) [ ] special administrator [ ] with general powers
   and Letters issue upon qualification.
   c. [ ] that [X] full [ ] limited authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [ ] bond not be required for the reasons stated in item 4d. Administor Queen Elizabeth II Judge Ex
   (2) [ ] $ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law. *(Specify reasons in Attachment 2 if the amount is different from the maximum required by Prob. Code § 8482.)*
   (3) [ ] $ in deposits in a blocked account be allowed. Receipts will be filed. *(Specify institution and location):*
3. a. **Estimated value of the estate for filing fee purposes** *(Complete in all cases. The estimated value of the estate is the fair market value of the real and personal property of the estate at the date of the decedent's death, without reduction for encumbrances. See Gov. Code, § 26827.):*
   (1) [ ] Less than $250,000
   (2) [ ] At least $250,000 and less than $500,000
   (3) [ ] At least $500,000 and less than $750,000
   (4) [ ] At least $750,000 and less than $1 million
   (5) [ ] At least $1 million and less than $1.5 million
   (6) [ ] At least $1.5 million and less than $2 million
   (7) [ ] At least $2 million and less than $2.5 million
   (8) [ ] At least $2.5 million and less than $3.5 million
   (9) [X] $ Unlimited Doctrines Belonging to Queen Elizabeth II Stolen Safe Style by U.S. Presidents Mrs Louis T. Recht Doctrine 50 Thousands
   *(Specify total estimated value of estate.)*

   b. [ ] This petition is not the first petition for appointment of a personal representative with general powers filed in this proceeding. The first petition was filed on *(date):*
4. a. Decedent died on *(date):* Approx Date 7/3/07 at *(place):* Orange California Whole Store Shop
   (1) [ ] a resident of the county named above.
   (2) [X] a nonresident of California and left an estate in the county named above located at *(specify location permitting publication in the newspaper named in item 1):* Federal Recreation Grid United States

   b. Street address, city, and county of decedent's residence at time of death *(specify):*
   770 Magnolia Orange CA 92804 150 S. Anza #25E Orange CA 92801

(Continued on reverse)

| ESTATE OF (Name): Dr Louis Becht to Form Dupont The Gift of Dr. Louis T. Becht and wife DECEDENT | CASE NUMBER: 06-CV04919 06-CV04980 06-CV04981 |
|---|---|

Stolen Safe, Stole Title The Gift, Judge Ginsburg, Judge Pat, Barbara Dist Attorney Becht

4. c. **Character and estimated value of the property of the estate for bond purposes:**

(1) Personal property: $ Unlimited Stolen Form Personal Doctrine 507436288

(2) Annual gross income from Research Doctrines 3 Kinds of

(a) real property: $ Unlimited Unlimited Doctrines

(b) personal property: $ Properties Real Gold Unlimited

**Total:** $ Unlimited

(3) Real property: $ Unlimited *(If full authority under the Independent Administration of Estates Act is requested, state the fair market value of the real property less encumbrances.)* Form 3 Doctrines Personal Doctrines 507-436288 wife Louis T. Becht

d. (1) [X] Will waives bond. [ ] Special administrator is the named executor and the will waives bond.

(2) [ ] All beneficiaries are adults and have waived bond, and the will does not require a bond. *(Affix waiver as Attachment 4d(2).)*

(3) [X] All heirs at law are adults and have waived bond. *(Affix waiver as Attachment 4d(3).)* With Judge ex Queen Elizabeth II Power of Attorney For wife Louis T. Becht 507-436288

(4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.

e. (1) [ ] Decedent died intestate.

(2) [ ] Copy of decedent's will dated: [ ] codicils dated: are affixed as Attachment 4e(2).

*(Include in Attachment 4e(2) a typed copy of a handwritten will and a translation of a foreign language will.)*

[ ] The will and all codicils are self-proving (Prob. Code, § 8220).

f. **Appointment of personal representative** *(check all applicable boxes)*:

(1) Appointment of executor or administrator with will annexed:

(a) [ ] Proposed executor is named as executor in the will and consents to act.

(b) [ ] No executor is named in the will.

(c) [ ] Proposed personal representative is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 4f(1)(c).)*

(d) [ ] Other named executors will not act because of [ ] death [ ] declination [ ] other reasons *(specify in Attachment 4f(1)(d)).*

(2) Appointment of administrator:

(a) [ ] Petitioner is a person entitled to Letters. *(If necessary, explain priority in Attachment 4f(2)(a).)*

(b) [ ] Petitioner is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 4f(2)(b).)*

(c) [ ] Petitioner is related to the decedent as *(specify)*:

(3) [ ] Appointment of special administrator requested. *(Specify grounds and requested powers in Attachment 4f(3).)*

g. Proposed personal representative is a [ ] resident of California [ ] nonresident of California *(affix statement of permanent address as Attachment 4g).* [ ] resident of the United States [ ] nonresident of the United States.

5. [ ] Decedent's will does not preclude administration of this estate under the Independent Administration of Estates Act.

6. a. The decedent is survived by *(check at least one box in each of items (1)–(4))*.

(1) [ ] spouse [ ] no spouse as follows: [ ] divorced or never married [ ] spouse deceased

(2) [ ] domestic partner [ ] no domestic partner *(See Prob. Code, §§ 37(b), 6401(c), and 6402.)*

(3) [ ] child as follows: [ ] natural or adopted [ ] natural adopted by a third party [ ] no child

(4) [ ] issue of a predeceased child [ ] no issue of a predeceased child

b. Decedent [ ] is [ ] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. *(See Prob. Code, § 6454.)*

7. *(Complete if decedent was survived by (1) a spouse or domestic partner but no issue (only a or b apply), or (2) no spouse, domestic partner, or issue. Check the **first** box that applies):*

a. [ ] Decedent is survived by a parent or parents who are listed in item 9.

b. [ ] Decedent is survived by issue of deceased parents, all of whom are listed in item 9.

c. [ ] Decedent is survived by a grandparent or grandparents who are listed in item 9.

d. [ ] Decedent is survived by issue of grandparents, all of whom are listed in item 9.

e. [ ] Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.

f. [ ] Decedent is survived by next of kin, all of whom are listed in item 9.

g. [ ] Decedent is survived by parents of a predeceased spouse or issue of those parents, if both are predeceased, all of whom are listed in item 9.

h. [ ] Decedent is survived by no known next of kin.

| ESTATE OF *(Name)*: Dr. Louis T. Becht MD THE GIFT | CASE NUMBER: 06-CV 64919 [illegible] 06-CV 64980 [illegible] |
|---|---|
| DECEDENT | 06-CV 64981 [illegible] |

8. *(Complete only if no spouse or issue survived decedent.)* Decedent ☐ had no predeceased spouse ☒ had a predeceased spouse who (1) ☐ died not more than 15 years before decedent owning an interest in **real property** that passed to decedent, (2) ☐ died not more than five years before decedent owning **personal property** valued at $10,000 or more that passed to decedent, (3) ☒ neither (1) nor (2) apply. *(If you checked (1) or (2), check only the **first** box that applies):* Real Property Since 2/16/60
   a. ☒ Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.
   b. ☐ Decedent is survived by a parent or parents of the predeceased spouse who are listed in item 9.
   c. ☐ Decedent is survived by issue of a parent of the predeceased spouse, all of whom are listed in item 9.
   d. ☐ Decedent is survived by next of kin of the decedent, all of whom are listed in item 9.
   e. ☐ Decedent is survived by next of kin of the predeceased spouse, all of whom are listed in item 9.

With Queen Elizabeth II Power of Attorney For Mrs Louis T Becht [illegible]

9. Listed below are the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased; (2) all persons named or checked in items 2, 6, 7, and 8; and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person.

| **Name and Relationship** | **Age** | **Address** |
|---|---|---|

☐ Continued on Attachment 9.

10. Number of pages attached: _____

Date: Date Aug 7, 2007

Mrs Louis T. Becht
Queen Elizabeth II
(SIGNATURE OF ATTORNEY*)
Dr Craig Becht PC Navy Forensic Pathologist

* (Signatures of all petitioners also required. (Prob. Code, § 1020, California Rules of Court, rule 7.103).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Aug 7, 2007

Mrs Louis T. Becht
(TYPE OR PRINT NAME)

Mrs Louis T. Becht
(SIGNATURE OF PETITIONER)

Dr. Craig Becht PC Navy Doctor
(TYPE OR PRINT NAME)

Dr Craig Becht PC Forensic Pa[illegible]
(SIGNATURE OF PETITIONER)

form 5 • 261

DE-221

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): MRS LOUIS T. RECHT DR. CRAIG RECHT PC LAW FORMA PAUPERIS GENERAL DELIVERY SEATTLE WA 98101 TELEPHONE NO.: FAX NO.: ATTORNEY FOR (Name): FORMA PAUPERIS DR. CRAIG RECHT PC | FOR COURT USE ONLY |
|---|---|
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ DIST. COURTS SUPREME APPEALS COURT STREET ADDRESS: MAILING ADDRESS: WASHINGTON, WASHINGTON DC CITY AND ZIP CODE: CALIFORNIA BRANCH NAME: SUPREME COURT APPEALS COURT DIST | |
| ESTATE OF (Name): MRS LOUIS T. RECHT FOSTER COURT "SUSAN" LYNN RECHT DR. LOUIS T. RECHT MD THE GIFT 554087[illegible] DECEDENT | CASE NUMBER: HEARING DATE: |
| SPOUSAL PROPERTY PETITION | DEPT.: TIME: |

1. **Petitioner** *(name)*: **requests**
   a. [X] determination of property passing to the surviving spouse without administration (Prob. Code, § 13500).
   b. [ ] confirmation of property belonging to the surviving spouse (Prob. Code, §§ 100, 101).
   c. [ ] immediate appointment of a probate referee.

2. Petitioner is
   a. [X] surviving spouse of the decedent. MRS LOUIS T. RECHT 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
   b. [ ] personal representative of *(name)*: , surviving spouse.
   c. [ ] guardian of the estate or conservator of the estate of *(name)*: , surviving spouse.

3. Decedent died on *(date)*: APRIL 2/2/03 MURDERED IN UHAUL STORAGE SHED BY SHIRLEY WOOD SHERRI ACRES DOUGLAS HANSEN ROW WOOD MR PRESIDENT KENNEDY ASSASSINATORS

4. Decedent was
   a. [X] a resident of the California county named above.
   b. [ ] a nonresident of California and left an estate in the county named above.
   c. [ ] intestate [ ] testate and a copy of the will and any codicil is affixed as Attachment 4c or 7. *(Attach will.)*

5. a. *(Complete in all cases)* The decedent is survived by MRS LOUIS T. RECHT
   (1) [ ] child as follows: [ ] natural or adopted [X] natural, adopted by a third party [X] no child
   (2) [ ] issue of a predeceased child [ ] no issue of a predeceased child.
   b. Decedent [ ] is [ ] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. *(See Prob. Code, § 6454.)*

6. *(Complete only if no issue survived the decedent. Check **only** the **first** box that applies.)*
   a. [ ] The decedent is survived by a parent or parents who are listed in item 9.
   b. [X] The decedent is survived by a brother, sister, or issue of a deceased brother or sister, all of whom are listed in item 9. DR. CRAIG RECHT PC, BROTHER WIFE SUSAN LYNN RECHT

7. Administration of all or part of the estate is not necessary for the reason that all or a part of the estate is property passing to the surviving spouse. The facts upon which petitioner bases the allegation that the property described in Attachments 7a and 7b is property that should pass or be confirmed to the surviving spouse are stated in Attachment 7 a
   a. [X] Attachment 7a 5 contains the legal description *(if real property add Assessor's Parcel Number)* of the deceased spouse's property that petitioner requests to be determined as having passed to the surviving spouse from the deceased spouse. This includes any interest in a trade or business name of any unincorporated business or an interest in any unincorporated business that the deceased spouse was operating or managing at the time of death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.
   b. [ ] Attachment 7b contains the legal description *(if real property add Assessor's Parcel Number)* of the community or quasi-community property petitioner requests to be determined as having belonged under Probate Code sections 100 and 101 to the surviving spouse upon the deceased spouse's death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.

(Continued on reverse, including footnotes)

Form Adopted for Mandatory Use
Judicial Council of California
DE-221 [Rev. July 1, 2000]

**SPOUSAL PROPERTY PETITION**
**(Probate)**

WEST GROUP Official Publisher

Probate Code, § 13650

JV-800

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Dr. Craig Becht In Forma Pauperis Doctor Mrs Louis T. Becht Romance of Doctor Louis T. Becht MD [illegible] TELEPHONE NO.: FAX NO. *(Optional)*: CIA/FBI [illegible] E-MAIL ADDRESS *(Optional)*: General Delivery Seattle WA 98101 ATTORNEY FOR *(Name)*: Dr. Craig Becht MD Forma Pauperis | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** STREET ADDRESS: MAILING ADDRESS: CITY AND ZIP CODE: BRANCH NAME: | |
| CASE NAME: United States | |
| **NOTICE OF APPEAL—JUVENILE** **(California Rules of Court, Rule 37)** | CASE NUMBER: |

**—NOTICE—**

- You or your attorney **must** fill in items 1 and 2 and sign this form at the bottom of the page. If possible, to help process your appeal, fill in items 4–6 on the reverse of this form.
- Rule 37 says that to appeal from an order or judgment, you must file a written notice of appeal within **60** days after rendition of the judgment or the making of the order being appealed or, in matters heard by a referee, within **60** days after the order of the referee becomes final.

1. I appeal from the findings and orders of the court *(specify date of order or describe order)*:

Dist Court United States 06CV 04919 MMC
Dist Court [illegible] 06CV 04980 CRB
Dist Court Visa 06-CV04981 MEJ 04981 MEJ

2. This appeal is filed by Dr. Craig Becht PC Forma Pauperis
   a. Appellant *(name)*: Mrs Louis T. Becht
   b. Address: General Delivery Seattle WA 98101
   c. Phone number:

   d. Name and address and phone number of person to be contacted *(if different from appellant)*:

   Dr. Craig Becht PC Forma Pauperis
   General Delivery
   Seattle WA 98101

Date: Aug 7, 2007

Mrs Louis T. Becht
Dr. Craig Becht PC Forma Pauperis Doctor
(TYPE OR PRINT NAME)

Dr. Craig Becht PC [illegible] Doctor
Mrs. Louis T. Becht Witness
(SIGNATURE OF ☒ APPELLANT ☐ ATTORNEY)

3. Items 4 through 6 on the reverse are ☒ completed ☐ not completed.

Page 1 of 2

Form Approved for Optional Use Judicial Council of California JV-800 [Rev. January 1, 2006]

**NOTICE OF APPEAL—JUVENILE**
**(California Rules of Court, Rule 37)**

Cal. Rules of Court, rule 37 www.courtinfo.ca.gov

American LegalNet, Inc. www.USCourtForms.com

form 15 ◆ 173

CONFIDENTIAL

DE-1

| ESTATE OF (Name): Dr. Louis T. Recht MD ~~Jane Doe, a.k.a. Jane Doe Buck~~ DECEDENT | CASE NUMBER: ~~A20001~~ |
|---|---|

## CONFIDENTIAL STATEMENT OF BIRTH DATE AND DRIVER'S LICENSE NUMBER

**(Supplement to *Duties and Liabilities of Personal Representative* (Form DE-147))**

*(NOTE: This supplement is to be used if the court by local rule requires the personal representative to provide a birth date and driver's license number. Do **not** attach this supplement to Form DE-147.)*

This separate *Confidential Statement of Birth Date and Driver's License Number* contains confidential information relating to the personal representative in the case referenced above. This supplement shall be kept separate from the *Duties and Liabilities of Personal Representative* filed in this case and shall not be a public record.

Gift of Doctor Louis T. Recht
Soc. No 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
Date of Birth 7-9-54

INFORMATION ON THE PERSONAL REPRESENTATIVE:

1. Name: ~~John Smith~~ Mrs Louis T. Recht
2. Date of birth: ~~01/01/1950~~ 2/16/00
3. Driver's license number: ~~11111~~ 52743628 State: ~~CA~~ CA

**TO COURT CLERK:**
THIS STATEMENT IS **CONFIDENTIAL**. DO NOT FILE
THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.

Form Adopted for Mandatory Use
Judicial Council of California
DE-147S [New January 1, 2001]

CONFIDENTIAL SUPPLEMENT TO DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE
(Probate)

Probate Code, § 84

DE

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): Dr. Craig Recht PC Form a Paupers - Mrs Louis T. Recht Concord Downtown Seattle WA 98101

TELEPHONE NO.: FAX NO. (Optional):

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): Dr. Craig Recht PC Navy Doctor

FOR COURT USE ONLY

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ Dist Court, Court of Appeals Supreme Court of Washington

STREET ADDRESS:

MAILING ADDRESS: Dist Court California

CITY AND ZIP CODE: Court of Appeals

BRANCH NAME: Dist Court Washington Supreme Court

ESTATE OF (Name): Dr. Louis T. Recht MD Navy The Gift DECEDENT

PETITION FOR
- [ ] Probate of Will and for Letters Testamentary
- [ ] Probate of Will and for Letters of Administration with Will Annexed
- [ ] Letters of Administration
- [ ] Letters of Special Administration [ ] with general powers
- [X] Authorization to Administer Under the Independent Administration of Estates Act [ ] with limited authority

CASE NUMBER: 06-CV04919 MMC 06-CV04980 CRB 06CV-0491 MMC

HEARING DATE:

DEPT.: TIME:

1. Publication will be in *(specify name of newspaper)*:
   a. [ ] Publication requested. b. [X] Publication to be arranged.
2. **Petitioner** *(name of each)*: requests
   a. [ ] decedent's will and codicils, if any, be admitted to probate.
   b. [X] *(name)*: Dr. Louis T. Recht MD The Gift to be Administor by Judge Ex Queen Elizabeth.
   be appointed (1) [ ] executor Request for Supreme Court Clerks (3) [ ] administrator
   (2) [ ] administrator with will annexed (4) [ ] special administrator [ ] with general powers
   and Letters issue upon qualification.
   c. [ ] that [X] full [ ] limited authority be granted to administer under the Independent Administration of Estates Act.
   d. (1) [ ] bond not be required for the reasons stated in item 4d. Administor Queen Elizabeth II Judge Ex
   (2) [ ] $ bond be fixed. It will be furnished by an admitted surety insurer or as otherwise provided by law. *(Specify reasons in Attachment 2 if the amount is different from the maximum required by Prob. Code § 8482.)*
   (3) [ ] $ in deposits in a blocked account be allowed. Receipts will be filed. *(Specify institution and location)*:
3. a. **Estimated value of the estate for filing fee purposes** *(Complete in all cases. The estimated value of the estate is the fair market value of the real and personal property of the estate at the date of the decedent's death, without reduction for encumbrances. See Gov. Code, § 26827.)*:
   (1) [ ] Less than $250,000
   (2) [ ] At least $250,000 and less than $500,000
   (3) [ ] At least $500,000 and less than $750,000
   (4) [ ] At least $750,000 and less than $1 million
   (5) [ ] At least $1 million and less than $1.5 million
   (6) [ ] At least $1.5 million and less than $2 million
   (7) [ ] At least $2 million and less than $2.5 million
   (8) [ ] At least $2.5 million and less than $3.5 million
   (9) [X] $ Unlimited Doctrines Belonging to Queen Elizabeth II Stolen Satellite By U.S. Presidents Mrs Louis T. Recht Doctrine 30 Tuzcon *(Specify total estimated value of estate.)*
   b. [ ] This petition is not the first petition for appointment of a personal representative with general powers filed in this proceeding. The first petition was filed on *(date)*:
4. a. Decedent died on *(date)*: Approx Dec 7/3/07 at *(place)*: El Cajon California Wholestore Shop
   (1) [ ] a resident of the county named above.
   (2) [X] a nonresident of California and left an estate in the county named above located at *(specify location permitting publication in the newspaper named in item 1)*: Federal Recreation Grid United States
   b. Street address, city, and county of decedent's residence at time of death *(specify)*:
   770 Magnolia El Cajon CA 92020 150 S. Anza #25E El Cajon CA 92020

(Continued on reverse)

| ESTATE OF (Name): Dr Louis Recht [illegible] The Gift of Dr. Louis T. Recht [illegible] DECEDENT | CASE NUMBER: 06-CV04919 06-CV04980 06-CV04981 |
|---|---|

4. c. **Character and estimated value of the property of the estate for bond purposes:**
   (1) Personal property: $ Unlimited
   (2) Annual gross income from
      (a) real property: $ Unlimited
      (b) personal property: $
      **Total:** $ Unlimited
   (3) Real property: $ Unlimited *(If full authority under the Independent Administration of Estates Act is requested, state the fair market value of the real property less encumbrances.)*

d. (1) [X] Will waives bond. [ ] Special administrator is the named executor and the will waives bond.
   (2) [ ] All beneficiaries are adults and have waived bond, and the will does not require a bond. *(Affix waiver as Attachment 4d(2).)*
   (3) [X] All heirs at law are adults and have waived bond. *(Affix waiver as Attachment 4d(3).)*
   (4) [ ] Sole personal representative is a corporate fiduciary or an exempt government agency.

e. (1) [ ] Decedent died intestate.
   (2) [ ] Copy of decedent's will dated: [ ] codicils dated: are affixed as Attachment 4e(2).
   *(Include in Attachment 4e(2) a typed copy of a handwritten will and a translation of a foreign language will.)*
   [ ] The will and all codicils are self-proving (Prob. Code, § 8220).

f. **Appointment of personal representative** *(check all applicable boxes):*
   (1) Appointment of executor or administrator with will annexed:
      (a) [ ] Proposed executor is named as executor in the will and consents to act.
      (b) [ ] No executor is named in the will.
      (c) [ ] Proposed personal representative is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 4f(1)(c).)*
      (d) [ ] Other named executors will not act because of [ ] death [ ] declination [ ] other reasons *(specify in Attachment 4f(1)(d)).*
   (2) Appointment of administrator:
      (a) [ ] Petitioner is a person entitled to Letters. *(If necessary, explain priority in Attachment 4f(2)(a).)*
      (b) [ ] Petitioner is a nominee of a person entitled to Letters. *(Affix nomination as Attachment 4f(2)(b).)*
      (c) [ ] Petitioner is related to the decedent as *(specify)*:
   (3) [ ] Appointment of special administrator requested. *(Specify grounds and requested powers in Attachment 4f(3).)*

g. Proposed personal representative is a [ ] resident of California [ ] nonresident of California *(affix statement of permanent address as Attachment 4g).* [ ] resident of the United States [ ] nonresident of the United States.

5. [ ] Decedent's will does not preclude administration of this estate under the Independent Administration of Estates Act.

6. a. The decedent is survived by *(check at least one box in each of items (1)–(4)).*
   (1) [ ] spouse [ ] no spouse as follows: [ ] divorced or never married [ ] spouse deceased
   (2) [ ] domestic partner [ ] no domestic partner *(See Prob. Code, §§ 37(b), 6401(c), and 6402.)*
   (3) [ ] child as follows: [ ] natural or adopted [ ] natural adopted by a third party [ ] no child
   (4) [ ] issue of a predeceased child [ ] no issue of a predeceased child
   b. Decedent [ ] is [ ] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. *(See Prob. Code, § 6454.)*

7. *(Complete if decedent was survived by (1) a spouse or domestic partner but no issue (only a or b apply), or (2) no spouse, domestic partner, or issue. Check the **first** box that applies):*
   a. [ ] Decedent is survived by a parent or parents who are listed in item 9.
   b. [ ] Decedent is survived by issue of deceased parents, all of whom are listed in item 9.
   c. [ ] Decedent is survived by a grandparent or grandparents who are listed in item 9.
   d. [ ] Decedent is survived by issue of grandparents, all of whom are listed in item 9.
   e. [ ] Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.
   f. [ ] Decedent is survived by next of kin, all of whom are listed in item 9.
   g. [ ] Decedent is survived by parents of a predeceased spouse or issue of those parents, if both are predeceased, all of whom are listed in item 9.
   h. [ ] Decedent is survived by no known next of kin.

• 277

| ESTATE OF (Name): Dr. Louis T. Becht MD The Gift DECEDENT | CASE NUMBER: 06-CV 64919 06-CV 04980 RB 06-CV 04981 |
|---|---|

8. *(Complete only if no spouse or issue survived decedent.)* Decedent [ ] had no predeceased spouse [X] had a predeceased spouse who (1) [ ] died not more than 15 years before decedent owning an interest in **real property** that passed to decedent, (2) [ ] died not more than five years before decedent owning **personal property** valued at $10,000 or more that passed to decedent, (3) [X] neither (1) nor (2) apply. *(If you checked (1) or (2), check only the* **first** *box that applies)*: Real Property Since 2/16/60
   - a. [X] Decedent is survived by issue of a predeceased spouse, all of whom are listed in item 9.
   - b. [ ] Decedent is survived by a parent or parents of the predeceased spouse who are listed in item 9.
   - c. [ ] Decedent is survived by issue of a parent of the predeceased spouse, all of whom are listed in item 9.
   - d. [ ] Decedent is survived by next of kin of the decedent, all of whom are listed in item 9.
   - e. [ ] Decedent is survived by next of kin of the predeceased spouse, all of whom are listed in item 9.

With Queen Elizabeth II Power of Attorney For Mrs Louis T Becht

9. Listed below are the names, relationships, ages, and addresses, so far as known to or reasonably ascertainable by petitioner, of (1) all persons named in decedent's will and codicils, whether living or deceased; (2) all persons named or checked in items 2, 6, 7, and 8; and (3) all beneficiaries of a devisee trust in which the trustee and personal representative are the same person.

**Name and Relationship** **Age** **Address**

[ ] Continued on Attachment 9.

10. Number of pages attached: _____

Date: Date Aug 7, 2007

Mrs Louis T. Becht
Queen Elizabeth II
(SIGNATURE OF ATTORNEY*)
Dr Craig Becht PC Navy Forensic Dynamics

* (Signatures of all petitioners also required. (Prob. Code, § 1020, California Rules of Court, rule 7.103).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Aug 7, 2007

Mrs Louis T. Becht
(TYPE OR PRINT NAME)

Mrs Louis T. Becht
(SIGNATURE OF PETITIONER)

Dr. Craig Becht PC Navy Doctor
(TYPE OR PRINT NAME)

Dr Craig Becht PC Forensic
(SIGNATURE OF PETITIONER)

**JV-800**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Dr. Craig Pecht In Forma Pauperis Doctor Mrs Louis T. Pecht Remains of Doctor Louis T. Pecht MD [illegible] TELEPHONE NO.: FAX NO. *(Optional)*: [illegible] E-MAIL ADDRESS *(Optional)*: General Delivery Seattle WA 98101 ATTORNEY FOR *(Name)*: Dr. Craig Pecht MD Forma Pauperis | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** STREET ADDRESS: MAILING ADDRESS: CITY AND ZIP CODE: BRANCH NAME: | |
| CASE NAME: United States | |
| **NOTICE OF APPEAL—JUVENILE (California Rules of Court, Rule 37)** | CASE NUMBER: |

**—NOTICE—**

- You or your attorney **must** fill in items 1 and 2 and sign this form at the bottom of the page. If possible, to help process your appeal, fill in items 4–6 on the reverse of this form.
- Rule 37 says that to appeal from an order or judgment, you must file a written notice of appeal within **60** days after rendition of the judgment or the making of the order being appealed or, in matters heard by a referee, within **60** days after the order of the referee becomes final.

1. I appeal from the findings and orders of the court *(specify date of order or describe order)*:
Dist Court United States 6CV 04919 MMC
Dist Court Harmon Fin. Jail 06CV04980 CRB
Dist Court Visa 06-CV04981 MED 04981 MED

2. This appeal is filed by Dr. Craig Pecht PC Form a Pauperis
   a. Appellant *(name)*: Mrs Louis T Pecht
   b. Address: General Delivery Seattle WA 98101
   c. Phone number:

   d. Name and address and phone number of person to be contacted *(if different from appellant)*:
   Dr. Craig Pecht PC Form a Pauperis
   General Delivery
   Seattle WA 98101

Date: Aug 7, 2007

Mrs Louis T. Pecht
(TYPE OR PRINT NAME)
Dr. Craig Pecht PC Form a Pauperis Doctor

Dr. Craig Pecht PC [illegible] Doctor
Mrs Louis T. Pecht Witness
(SIGNATURE OF ☒ APPELLANT ☐ ATTORNEY)

3. Items 4 through 6 on the reverse are ☒ completed ☐ not completed.

Form Approved for Optional Use
Judicial Council of California
JV-800 [Rev. January 1, 2006]

**NOTICE OF APPEAL—JUVENILE**
**(California Rules of Court, Rule 37)**

Page 1 of 2
Cal. Rules of Court, rule 37
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

form 15 • 173

**CONFIDENTIAL**

DE-1

| ESTATE OF (Name): Dr. Louis T. Pecht MD ~~Jane Doe, a.k.a. Jane Doe Buck~~ DECEDENT | CASE NUMBER: ~~A-00001~~ |
|---|---|

## CONFIDENTIAL STATEMENT OF BIRTH DATE AND DRIVER'S LICENSE NUMBER

**(Supplement to *Duties and Liabilities of Personal Representative* (Form DE-147))**

*(NOTE: This supplement is to be used if the court by local rule requires the personal representative to provide a birth date and driver's license number. Do **not** attach this supplement to Form DE-147.)*

This separate *Confidential Statement of Birth Date and Driver's License Number* contains confidential information relating to the personal representative in the case referenced above. This supplement shall be kept separate from the *Duties and Liabilities of Personal Representative* filed in this case and shall not be a public record.

Gift of Doctor Louis T. Pecht
Soc. No 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
Date of Birth 7-19-54

INFORMATION ON THE PERSONAL REPRESENTATIVE:

1. Name: ~~John Smith~~ Mrs Louis T. Pecht
2. Date of birth: ~~01/01/1960~~ 2/16/00
3. Driver's license number: ~~11111~~ 5271436288 State: ~~CA~~ CA

**TO COURT CLERK:**
THIS STATEMENT IS **CONFIDENTIAL**. DO NOT FILE
THIS CONFIDENTIAL STATEMENT IN A PUBLIC COURT FILE.

Form Adopted for Mandatory Use
Judicial Council of California
DE-147S [New January 1, 2001]

CONFIDENTIAL SUPPLEMENT TO DUTIES AND LIABILITIES OF PERSONAL REPRESENTATIVE
(Probate)

Probate Code, § 84

LOOK UP ADDRESS

# Select A Case

- 1 COPY TO SUPREME COURT
- ATTORNEY GENERAL
- DEPT OF DEFENSE INSPECTOR GENERAL ROBERT GATES
- 1 COPY TO ATTORNEY GENERAL
- 1 COPY TO INSPECTOR GENERAL ROBERT GATES

This person is a party in 3 cases.

| | | | |
|---|---|---|---|
| 3:06-cv-04919-MMC | Recht v. United States | filed 08/15/06 | closed 08/17/06 |
| 3:06-cv-04980-CRB | Recht v. Heartland Financial Inc. | filed 08/17/06 | closed 11/29/06 |
| 3:06-cv-04981-MEJ | Recht v. Visa | filed 08/17/06 | |

* GUILD METHODIST SF
* SALVATION ARMY
* HILLMARS CHURCH
* GOODWILL
* CATHOLIC CHURCH
* MORMON
* JEHOVAH WITNESS
* BILLY GRAHAM
* TURNER BROADCASTING
* EMMA CLARK ROBERTS
* OLD WORLD TITLES
* PRUDENTIAL REALTY
* ACTORS GUILD SAG
* WEBCOR
* SWINERTON
* CLARK
* FISHER
* DAVENPORT
* NIBBI
* CHEF WILLIAMS
* KAISER
* ALVARADOS
* Dr TANG
* Dr MARTIN
* Dr HANSEN
* Dr. MAJEMISKI
* OBANNON BANK
* SCOTRIVILL BANK
* COUNTRY BANK
* BANK OF AMERICA
* WASHINGTON MILITARY
* BIOTECH
* 3M

- WELLS FARGO BANK
- CHEERS PRIVATE BANKING
- WOODSIDE PARTNERS
- CAL WORKS
- WARREN
- CHASE TOMPKINS
- MARCIA WILLS
- JUDGE RAY
- JUDGE GLASSON NEVADA
- JUDGE HOWARD CALIFORNIA
- PRICE WATERHOUSE COOPER
- ARMY * SEND EXTRA COPY TO WASHINGTON MILITARY COURT
- NAVY * SEND EXTRA COPY TO WASHINGTON MILITARY COURT
- SENATOR KENNEDY
- SAL AND ROBERT PRICE
- CONGRESSWOMAN NANCY PELOSI
- NBC
- PBS
- ABC
- CBS
- TBN
- HBO
- RICK MALACO
- HOME LAND SECUR
- DISNEY
- SHOWTIME

* LIVING WILL
WEST LAW FORMS
RESTRAINING ORD
* DEPOSITION FORMS
LETTER TO PA

KENNEDY VISA AMER... CHEER LAW... CREDIT

GPO U.S. GOVERNMENT PRINTING OFFICE: 2006—320-641/20032

Form HA-501-U5 (5-2003) ef (8-2005)

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS

Form Approved
OMB No. 0960-0269

# REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE

*(Take or mail the **signed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila or any U.S. Foreign Service post and keep a copy for your records)*

See Privacy Act Notice

| 1. CLAIMANT | 2. WAGE EARNER, IF DIFFERENT | 3. SOC. SEC. CLAIM NUMBER | 4. SPOUSE's CLAIM NUMBER |
|---|---|---|---|
| Mrs Louis T. Recht | | 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 | 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 |

**5. I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE.** I disagree with the determination made on my claim because:

Denial of hearings on wrongfull executions by social security calling information numbers and codes by criminals ethic aliens humans under possinable citble posisions allowated with dead people killing Americans and Foreign and Nato leaders Btwaen [illegible] Senator Kennedy and Congresswoman [illegible] Disico and Presidents Carter, Clinton, Bush, Cheney, Reagan, [illegible] [illegible]

An Administrative Law Judge of the Office of Hearings and Appeals will be appointed to conduct the hearing or other proceedings in your case. You will receive notice of the time and place of a hearing at least 20 days before the date set for a hearing.

6. I have additional evidence to submit. ☒ Yes ☐ No

Name and address of source of additional evidence:

Queen Elizabeth II, Prince Charles, Prince William, Prince Harry, Queen of Scotland

(Please submit it to the hearing office within 10 days. Your servicing Social Security Office will provide the address. Attach an additional sheet if you need more space.)

7. Check one of the blocks:

☐ I wish to appear at a hearing.

☐ I do not wish to appear at a hearing and I request that a decision be made based on the evidence in my case. (Complete Waiver Form HA-4608)

You have a right to be represented at the hearing. If you are not represented but would like to be, your Social Security office will give you a list of legal referral and service organizations. (If you are represented and have not done so previously, complete and submit form SSA-1696 (Appointment of Representative).)

[You should complete No. 8 and your representative (if any) should complete No. 9. If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No. 9.]

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| 8. (CLAIMANT'S SIGNATURE) | (DATE) | 9. (REPRESENTATIVE'S SIGNATURE/NAME) | (DATE) |
|---|---|---|---|
| Mrs Louis T. Recht | 6/26/07 | Queen Elizabeth II Prince Charles Prince William Prince Harry | |
| ADDRESS | | (ADDRESS) ☐ ATTORNEY; ☐ NON ATTORNEY | |
| Considered Domicile | | Buckingham Palace | |
| CITY / STATE / ZIP CODE | | CITY / STATE / ZIP CODE | |
| Seattle WA 98107 | | England United Kingdom | |
| TELEPHONE NUMBER | FAX NUMBER ( ) - | TELEPHONE NUMBER | FAX NUMBER - |
| Domiciled Destroyed by the President | | Power of Attorney for Mrs Louis T. Recht | |

**TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION-ACKNOWLEDGMENT OF REQUEST FOR HEARING**

10. Request received for the Social Security Administration on [illegible] by Social Security Administration, 901 Lenora, Suite 100, Seattle, WA 98121 — Asian Shore

SR (Title) — (Address) — (Date) — 916 (Servicing FO Code) — (Print Name) — (PC Code)

11. Was the request for hearing received within 65 days of the reconsidered determination? ☐ YES ☐ NO
If no is checked, attach claimant's explanation for delay; and attach copy of appointment notice, letter, or other pertinent material or information in the Social Security office.

12. Claimant is represented ☐ Yes ☐ No
☐ List of legal referral and service organizations provided

13. Interpreter needed ☐ Yes ☐ No
Language (including sign language): ______

14. Check one: ☐ Initial Entitlement Case
☐ Disability Cessation Case
☐ Other Postentitlement Case

16. HO COPY SENT TO: ______ HO on ______

☐ CF Attached: ☐ Title II; ☐ Title XVI; ☐ Title VIII; or
☐ Title II CF held in FO to establish CAPS ORBIT; or
☐ CF requested ☐ Title II; ☐ Title XVI ☐ Title VIII
(Copy of teletype or phone report attached)

17. CF COPY SENT TO: ______ HO on ______

☐ CF Attached: ☐ Title II; ☐ Title XVI
☐ Other Attached: ______

15. Check all claim types that apply:

| | |
|---|---|
| ☐ RSI only | (RSI) |
| ☐ Title II Disablility-worker or child only | (DIWC) |
| ☐ Title II Disability-Widow(er) only | (DIWW) |
| ☐ SSI Aged only | (SSIA) |
| ☐ SSI Blind only | (SSIB) |
| ☐ SSI Disability only | (SSID) |
| ☐ SSI Aged/Title II | (SSAC) |
| ☐ SSI Blind/Title II | (SSBC) |
| ☐ SSI Disability/Title II | (SSDC) |
| ☐ HI Entitlement | (HIE) |
| ☐ Title VIII Only | (SVB) |
| ☐ Title VIII/Title XVI | (SVB/SSI) |
| ☐ Other - Specify: ______ | |

form 5 • 261

DE-221

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): MRS LOUIS T. RECHT Dr. CRAIG RECHT PC LAW FORMA PAUPERIS GENERAL DELIVERY SEATTLE WA 98101 TELEPHONE NO.: FAX NO.: ATTORNEY FOR (Name): FORMA PAUPERIS Dr. CRAIG RECHT PC | FOR COURT USE ONLY |
|---|---|
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ DIST. COURTS SUPREME APPEALS COURT STREET ADDRESS: MAILING ADDRESS: WASHINGTON, WASHINGTON DC CITY AND ZIP CODE: CALIFORNIA BRANCH NAME: SUPREME COURT APPEALS COURT DIST | |
| ESTATE OF (Name): MRS LOUIS T. RECHT FOSTER COURT "SUSAN" LYNNE RECHT Dr. LOUIS T. RECHT MD THE GIFT 554087160 DECEDENT | CASE NUMBER: HEARING DATE: |
| **SPOUSAL PROPERTY PETITION** | DEPT.: TIME: |

1. **Petitioner** *(name)*: requests
   a. [X] determination of property passing to the surviving spouse without administration (Prob. Code, § 13500).
   b. [ ] confirmation of property belonging to the surviving spouse (Prob. Code, §§ 100, 101).
   c. [ ] immediate appointment of a probate referee.

2. Petitioner is
   a. [X] surviving spouse of the decedent. MRS LOUIS T. RECHT 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
   b. [ ] personal representative of *(name)*: , surviving spouse.
   c. [ ] guardian of the estate or conservator of the estate of *(name)*: , surviving spouse.

3. Decedent died on *(date)*: ABOUT 2/2/03 MURDERED IN UHAUL STORAGE SHED BY SHIRLEY WOOD SHERRI HOLT DOUGLAS HANSEN BOB WOOD MR PRESIDENT KENNEDY ASSASSINATORS

4. Decedent was
   a. [X] a resident of the California county named above.
   b. [ ] a nonresident of California and left an estate in the county named above.
   c. [ ] intestate [ ] testate and a copy of the will and any codicil is affixed as Attachment 4c or 7. *(Attach will.)*

5. a. *(Complete in all cases)* The decedent is survived by MRS LOUIS T. RECHT
   (1) [ ] child as follows: [ ] natural or adopted [X] natural, adopted by a third party [X] no child
   (2) [ ] issue of a predeceased child [ ] no issue of a predeceased child.
   b. Decedent [ ] is [ ] is not survived by a stepchild or foster child or children who would have been adopted by decedent but for a legal barrier. *(See Prob. Code, § 6454.)*

6. *(Complete only if no issue survived the decedent. Check **only** the **first** box that applies.)*
   a. [ ] The decedent is survived by a parent or parents who are listed in item 9.
   b. [X] The decedent is survived by a brother, sister, or issue of a deceased brother or sister, all of whom are listed in item 9.
   Dr. CRAIG RECHT PC, BROTHER WIFE SUSAN LYNNE RECHT

7. Administration of all or part of the estate is not necessary for the reason that all or a part of the estate is property passing to the surviving spouse. The facts upon which petitioner bases the allegation that the property described in Attachments 7a and 7b is property that should pass or be confirmed to the surviving spouse are stated in Attachment 7 a
   a. [X] Attachment 7a 5 contains the legal description *(if real property add Assessor's Parcel Number)* of the deceased spouse's property that petitioner requests to be determined as having passed to the surviving spouse from the deceased spouse. This includes any interest in a trade or business name of any unincorporated business or an interest in any unincorporated business that the deceased spouse was operating or managing at the time of death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.
   b. [ ] Attachment 7b contains the legal description *(if real property add Assessor's Parcel Number)* of the community or quasi-community property petitioner requests to be determined as having belonged under Probate Code sections 100 and 101 to the surviving spouse upon the deceased spouse's death, subject to any written agreement between the deceased spouse and the surviving spouse providing for a non pro rata division of the aggregate value of the community property assets or quasi-community assets, or both.

(Continued on reverse, including footnotes)

Form Adopted for Mandatory Use Judicial Council of California DE-221 [Rev. July 1, 2000]

**SPOUSAL PROPERTY PETITION** (Probate)

WEST GROUP Official Publisher

Probate Code, § 13650

DE-1[illegible]

| [illegible] OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| MRS LOUIS T. RECHT<br>DR. CRAIG RECHT PC NAVY<br>FORNA PAUDERIS<br>GENERAL DELIVERY<br>SEATTLE WA 98101 | | |
| [illegible] FOR (Name): DR. CRAIG RECHT PC FORNA PAUDERIS | | |
| [illegible] COURT OF DIST, APPEALS, SUPREME COURT CLERKS DESIRE REQUESTED WITH JUDGE EX QUEEN ELIZABETH II ENGLAND<br>[illegible] ADDRESS: DIST COURT SF<br>[illegible] ADDRESS: APPEALS COURT SUPREME COURT<br>[illegible] AND ZIP CODE: WASHINGTON DC 98101<br>BRANCH NAME: UNITED STATE COURT [illegible] | | |
| [illegible] OF (Name): DR. LOUIS T. RECHT MD NAVY 554 587104<br>[illegible] RECHT PC FORNA PAUDERIS ON BEHALF [illegible] MRS LOUIS T. RECHT<br>DECEDENT | | |
| NOTICE OF PETITION TO ADMINISTER ESTATE | | CASE NUMBER: |
| [illegible] (Name): DR. LOUIS T. RECHT MD THE GIFT 554-08710[illegible] | | 06-CV04919 MMC<br>06-CV04980 CRB<br>06-CV04981 MEJ |

[illegible] heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, ([illegible] all names by which decedent was known): MRS. LOUIS T. RECHT DR. CRAIG RECHT PC NAVY FORNA PAUDERIS

[illegible] PETITION FOR PROBATE has been filed by (name of petitioner): MRS LOUIS T. RECHT DR. CRAIG RECHT PC NAVY
[illegible] Superior Court of California, County of (specify):

[illegible] PETITION FOR PROBATE requests that (name): QUEEN ELIZABETH II
[illegible] appointed as personal representative to administer the estate of the decedent. DR. CRAIG RECHT PC NAVY FORNA PAUDERIS

☒ THE PETITION requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are [illegible] for examination in the file kept by the court.

☒ THE PETITION requests authority to administer the estate under the Independent Administration of Estates Act. (This [illegible] authority will allow the personal representative to take many actions without obtaining court approval. Before taking certain [illegible] important actions, however, the personal representative will be required to give notice to interested persons unless they [illegible] waived notice or consented to the proposed action.) The independent administration authority will be granted unless an [illegible] interested person files an objection to the petition and shows good cause why the court should not grant the authority.

[illegible] on the petition will be held on APPLYING FOR A JUDGE EX QUEEN ELIZABETH II

| [illegible] | Time: | Dept.: | Room: |
|---|---|---|---|

[illegible] of court: ☐ same as noted above ☐ other (specify):
[illegible] DIST COURT SF, DIST COURT WASHINGTON APPEALS COURT [illegible] SUPREME COURT

[illegible] OBJECT to the granting of the petition, you should appear at the hearing and state your objections or file written objections [illegible] court before the hearing. Your appearance may be in person or by your attorney.

[illegible] ARE A CREDITOR or a contingent creditor of the deceased, you must file your claim with the court and mail a copy to the [illegible] representative appointed by the court within four months from the date of first issuance of letters as provided in Probate [illegible] section 9100. The time for filing claims will not expire before four months from the hearing date noticed above.

[illegible] MAY EXAMINE the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for [illegible] (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in [illegible] section 1250. A Request for Special Notice form is available from the court clerk.

☒ [illegible] ☐ Attorney for petitioner (name): QUEEN ELIZABETH II DR. CRAIG RECHT PC NAVY FORNA PAUDERIS

MRS LOUIS T. RECHT
DR. CRAIG RECHT PC NAVY
FORNA PAUDERIS
GENERAL DELIVERY
SEATTLE WASHINGTON 98101

▶ Mrs Louis T. Recht
(SIGNATURE OF ☒ PETITIONER ☐ ATTORNEY FOR PETITIONER)

[illegible] published, print the caption, beginning with the words NOTICE OF PETITION, and do not print the information from the form [illegible] caption and decedent's name must be printed in at least 8-point type and the text in at least 7-point type. Print the case number [illegible] Print items preceded by a box only if the box is checked. Do not print the italicized instructions in parentheses, the paragraph [illegible] information, or the material on the reverse.

(Continued on reverse)

Look up address

## Select A Case

- 1 copy to Supreme Court
- Attorney General
- Dept of Defense Inspector General Robert Gates
- 1 copy to attorney general
- 1 copy to Inspector General Robert Gates

This person is a party in 3 cases.

3:06-cv-04919-MMC Recht v. United States filed 08/15/06 closed 08/17/06

3:06-cv-04980-CRB Recht v. Heartland Financial Inc. filed 08/17/06 closed 11/29/06

3:06-cv-04981-MEJ Recht v. Visa filed 08/17/06

* Glide Methodists
* Salvation Army
* Hill Mars Church
* Goodwill
* Catholic Church
* Mormon
* Jehovah Witness
* Billy Graham
* Turner Broadcasting
* [illegible] Clark [illegible]
* Old World Titles
* Prudential Realty
* Actors Guild [illegible]
* Webcor
* Swinnerton
* Clark
* Fisher
* Davenport
* Nibbi
* Chet Williams
* Kaiser
* Adidas
* Dr. Tang
* Dr Martin
* Dr Hansen
* Dr. Majewski
* Oberlin Bank
* Sterling Bank
* County Bank
* Bank of America
* Washington Mutual
* Biotech
* 3M

- Wells Fargo Bank
- Chase Private Banking
- Woodside Partners
- Calworks
- Warren
- Chase Tompkins
- Marriott Hills
- Judge Ray
- Judge Glass, Nevada
- Judge Howatt, California
- Price Waterhouse Cooper
- Army * Send extra copy to Washington military court
- Navy * Send extra copy to Washington military court
- Senator Kennedy
- Sal and Robert Price
- Congresswoman Nancy Pelosi
- NBC
- PBS
- ABC
- IBN
- Rick Malaco
- CBS
- HBO
- Home Land Security
- Disney
- Showtime

- Saudi Arabia
- India
- Morocco
- Mexico
- Jamica
- Africa
- Germany
- Canada
- China
- Japan

* Living Will
* Deposition Forms

West Law Forms

Restraining Ord

Letter to [illegible]

Kennedy Visa American Chase [illegible] [illegible]



FILED
LODGED
ENTERED
RECEIVED
2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MRS. TIMOTHY RECHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. C07-1002-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiffs, appearing *pro se*, recently filed an application to proceed *in forma pauperis* in an apparent contract dispute with the United States. Dkt. No. 1. Along with several hundred pages of exhibits, the plaintiffs filed a four page complaint, signed only by Mrs. Recht. Dkt. No. 1-1. In their complaint, plaintiffs appear to assert a claim against the United States and several public officials, including President Bush and Secretary of State Condoleezza Rice. *Id.* Plaintiffs' claim is unclear but appears to involve some type of fraud of "stolen doctrine." *Id.* The complaint does not state a request for relief. *Id.*

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss an action if, among other things, it is frivolous or the complaint fails to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Here, plaintiffs fail to allege any facts to place defendants on notice of the nature of their claims, to request any relief, or to otherwise provide any articulation of a legally cognizable claim. *See* Fed. R. Civ. P. 8(a). The complaint also appears to name as defendants governmental actors who enjoy immunity from suit. *See, e.g.*, *Harlow v. Fitzgerald*, 457 U.S. 800, 807 (1982). Because this action is frivolous and fails to state a claim upon which relief can be granted, it is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6).

The Court advises plaintiffs of their responsibility to research the facts and law before filing an action to determine whether her action is frivolous. If plaintiffs file a frivolous action, they may be sanctioned. *See* Fed. R. Civ. P. 11. The court would likely impose a sanction of dismissal on any frivolous action. If plaintiffs file numerous frivolous or malicious actions, the court may bar them from proceeding IFP in this court. *See DeLong v. Hennessey*, 912 F.2d 1144, 1146-48 (9th Cir. 1990) (discussing bar order requirements).[1]

Accordingly, because of the deficiencies in plaintiffs' IFP application and complaint, their request to proceed IFP should be DENIED and this action DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B). A proposed Order of Dismissal accompanies this Report and Recommendation. If plaintiffs believe that the deficiencies outlined herein can be cured by an amendment to their Complaint, they should lodge an Amended Complaint as a part of their objections, if any, to this Report and Recommendation.

DATED this 13th day of July, 2007.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

[1] The Court notes that plaintiff Mrs. Timothy Recht appears to have filed eight lawsuits in the Northern District of California, several of which have been dismissed as frivolous. Dkt. No. 1, Ex. 2 at 48-50. In addition, plaintiff Recht has already engaged this Court in a lengthy case which was dismissed after plaintiff failed to file an amended complaint. *Recht v. United States*, C03-2569-TSZ (W.D. Wash. 2004).

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

Mrs Louis T. Recht
Dr Craig Recht PC
Timothy Herz
Assignees
Another Who Worked thru CIA/FBI/[illegible]/SS
Remains of Doctor Louis T Recht [illegible] Army/Navy
Plaintiff,

vs.

Dr. [illegible] MD Defendant.

CASE NO. Case No 07-02674 [illegible]

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

I, Dr Craig Recht PC Naval Doctor ~~[illegible]~~, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ___ Self Employed Being Held Hostage By Mr Bush Mr Bush Sr [illegible] [illegible]

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Stolen Degrees [illegible] Gift of Doctor Louis T. Recht MD The Gift

Gross: SS Payments All Assets Have Been Net: ______

Stolen By Mr. Presidents Bush's, [illegible] Clintons [illegible]

Employer: Social Security SSA Switzerland Monthly Payments $1270.00

They make Humans and Doctor [illegible] Researcher Live on The Street With Alien Governmental [illegible] Drug Addicts, [illegible]

If the answer is "no," state the date of last employment and the amount of the gross and net salary [illegible] [illegible] 6 in 1 [illegible]

and wages per month which you received.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No X

b. Income from stocks, bonds, or royalties? Yes ___ No X

c. Rent payments? MR. BUSH JR. MR CLINTON Yes ___ No ___

d. Pensions, annuities, or life insurance payments? [illegible] CLINTON WILL [illegible] HOUSING OR TRANSPORT Yes ___ No ___

e. Federal or State welfare payments, Social Security or other government source? Yes X No ___ $ 1270.00

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

WR PRESIDENT BUSH JR AND BILL AND HILLARY CLINTON SENATOR KENNEDY AND CAROLYN KENNEDY

3. Are you married? FIANCE Yes ___ No ___

Spouse's Full Name: DR. CRAIG PECHT PC SECRET ADMIRE SPLICE HUGHES [illegible]

Spouse's Place of Employment: DR. CRAIG PECHT PC.

Spouse's Monthly Salary, Wages or Income: STOLEN DOCTRINE IN GIFT OF DOCTOR LOUIS + PECHT AND

Gross $ SSA 1500.00 MONTH Net $

4. a. List amount you contribute to your spouse's support:$ NONE HELD [illegible]

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

MIASISES TWO BOYS

THE SAFE IS STOLEN THE GIFT ALL TITLES AND VECHILES, TITLE TO PROPERTIES ARE STOLEN

5. Do you own or are you buying a home? Yes ___ No ___

Estimated Market Value: $ UNLIMITED DOCTRINES ARE STOLEN Amount of Mortgage: $ ___

STOLEN VECHILE

6. Do you own an automobile? Yes ___ No ___

Make ___ Year ___ Model ___ UNITED STATES IS USING HUMAN RESEARCH DOCTRINES TO DECLARE WAR AND MAYFLOWER DOCTRINE BLOOD QUEEN ELIZABETH II PRINCE CHARLES AND CAMILLA PRINCE WILLIAM PRINCE HARRY

Is it financed? Yes ___ No ___ If so, Total due: $ ___

Monthly Payment: $ ___

7. Do you have a bank account? Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: STOLEN DOCTRINES THE CHEZ LYNN FULLER LCC DICK KOLLISCH LCC

Present balance(s): $ 7.00

STOLEN SAFE ALL FEDERAL RESERVE NOTES SINCE

Do you own any cash? Yes ___ No ___ Amount: $ 25¢ BILL UNDER CHOCK FULL OF NUTS PESCO TONY AND PERSONAL RESERVE NOTES THAT FULL FOOTPRINT

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) ALL ASSETS HAVE BEEN STOLEN Yes ___ No ___

VIOLATING GENEVA CONVENTION ARTICLE ONE WARFARE HEARINGS AND GENEVA CONVENTION ARTICLES AND TARGET DICTIONARIES RESEARCH FRAUDS NARCOTICS STOLEN OPIUM PLANTS FROM PHARMACEUTICALS CHEMICALS FROM UNIV. AND CORD FROM MORTUARY

8. What are your monthly expenses?

Rent: $ THEY WONT ALLOW HOUSING Utilities: ___ CORD TAINTED AND USED CLOTHING ONLY

Food: $ ___ Clothing: ___

Charge Accounts: OPIUM CHEM, CHLOROFORM [illegible] VECHILES STOLEN FROM VISA CHEMICALS FROM UNIV. AND MORTUARY

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| NONE ALL WERE IN SAFE STOLEN | $ | $ |
| BY JUDGE [illegible], JUDGE GLASSON, SUSAN GLASSON, | $ JUDGE HOWARD, JUDGE [illegible] | CHEZ, LYNN FULLER IN DEPO |
| 900,000,000.00 MILLION LOADED UP | $ THRU SALVATION ARMY | [illegible] |

AMERICAN KENNEDY [illegible] TO CHILD

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.) CHILD [illegible] INTERNATIONAL THRU VISA CARD [illegible] AMERICAN EXPRESS

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

San Deigo County    Arizona Dist Court
San Francisco Dist.    Washington Dist
Washington DC Supreme Court

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

Aug 17, 2007    Dr. Craig Reent PL [illegible] Craig Reent PC
June 22 2007    Mrs [illegible] J. Reent witness

DATE    SIGNATURE OF APPLICANT

Form 6

CASE NO 07-02674 JCS

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

WES LOUIS T. RECHT v. DICKINSON US NAVY DOCTOR FOR APPEALS
DR CRAIG RECHT PC
TIMOTHY HERZ No. ______
ALLEGED
MURDER MAN WHO WORKED FOR CIA / FBI CONCERNING
REMAINS OF DOCTOR LOUIS T. RECHT MD

**Motion and Declaration for Leave to Proceed in Forma Pauperis**

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing. Complete all questions in this application and then sign it. Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable "(N/A), write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number. Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, Dr. CRAIG RECHT PC LEGACY DOCTRINE [crossed out: illegible], am the Petitioner/Appellant in the above-entitled case. In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following:
DEMANDING REMOVALS OF CANADIAS AND IMPEACHMENT FOR TREASON, MAN HOW ITALIAN CIA NARCOTICS AND PREJUSTICE OF THE WHITE AMERICANS AND OPRA WHINFREY AND MARIAN MILLS ARE USING MONEY AND ASSETS TO DECLARE WAR AND EAT PEOPLE. HE BUSH JR AND TREASON CLINTONS ARE EATING CIVILIANS. THE QUEEN ENGLAND TO BE A SWEDEN

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

BEING HELD HOSTAGE AND JUDGES ARE MAKING AND DEALING NARCOTICS WITH MY DOCTRINE

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $______ | $______ | $______ | $______ |
| Self-employment | $______ | $______ | $______ | $______ |
| Income from real property (such as rental income) | $______ | $______ | $______ | $______ |

BEING HELD HOSTAGE REQUESTING HOUSING ACTORS CIA / FBI NAVY, ARMY IS NOT ALLOWING HOUSING OR MOTELS VIOLATING GENEVA CONV. ARTICLES OF WAR

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

1000.00 FOR MEDICAL FOOD DEMAND FOR HOUSING

| | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify) ________ | $ | $ | $ | $ |
| **Total monthly income:** | $ 1183.00 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| DR. CRAIG BECHT PC / VECTOR CONTROL | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SS. AMD. / | BALTIMORE | SINCE BIRTH | 1183.00 |
| | | | |

LIVE WITH DEAD PEOPLE INSIDE OF PEOPLE

BUSH SR AND CENTRAL ~~PEOPLE~~ BEING HELD HOSTAGE BY MARLAND KILL

4. Are you presently incarcerated? ______Yes ______No If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

[illegible handwritten margin notes]

Form 6

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

UNITED STATES PRESIDENT IS DECLARING WAR WITH FORGERY STOLEN DOCTRINE

5. How much cash do you and your spouse have? $ THE GIFT OF DOCTOR LOUIS T. RECHT MD

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| WELLS FARGO ARIZONA BANK IN DE NOVA HEARTLAND FINANCIAL INC. | | BANK HELD HOSTAGE $ 100.00 | $ THE GIFT OF DOCTOR LOUIS T. RECHT MD |
| OTHER PRIVATE BANKING | | $ | $ |

6. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Other assets (Value) |
|---|---|---|

THE GIFT OF DOCTOR LOUIS T. RECHT MD HAS BEEN STOLEN BY JUDGES AND COURT CLERK NEVADA JUDGE GLASSON, JUDGE RAY JUDGE JUDY SHIRLEY WOOD CLYDE TOMPKIN AND FAMILIES AND WARREN REED,

| Other assets (Value) | Motor vehicle #1 | Motor vehicle #2 |
|---|---|---|
| ALL PROPERTIES ALL VEHICLES | Make, model & year: | Make, model & year: |
| | Value: | Value: |
| | Registration #: | Registration #: |

7. State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person, business or organization owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|

EVERYONE ONE WHO HAS USED MY DOCTRINE FORGERY CREDIT CARD / ASSASINS INCLUDING NATO LEADERS SAUDIA ARABIA, INDIA, PRODUCERS CEO'S AGENTS MOROCCO, MEXICO PAKISTAN, JAMAICA IMMIGRANTS AFRICA SALVATION ARMY CONSTITUTION CAMP PATIENT

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

8. State the persons who rely on you or your spouse for support:

| Name | Relationship | Age |
|---|---|---|
| DeCarle PeCHT PG | Fionce | 50 |
| Timothy Hoyt | Employee | |
| Aliases | " | |
| Another Man Who Worked From Then Claims | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $________ | $________ |
| Are real estate taxes included? ___Yes ___No | | |
| Is property insurance included? ___Yes ___No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $________ | $________ |
| Home maintenance (repairs and upkeep) | $________ | $________ |
| Food | $________ | $________ |
| Clothing | $________ | $________ |
| Laundry and dry cleaning | $________ | $________ |
| Medical and dental expenses | $________ | $________ |
| Transportation (not including motor vehicle payments) | $________ | $________ |
| Recreation, entertainment, newspapers, magazines, etc. | $________ | $________ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $________ | $________ |
| Life | $________ | $________ |
| Health | $________ | $________ |
| Motor vehicle | $________ | $________ |
| Other: ____________ | $________ | $________ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): ____________ | $________ | $________ |

**FORM 6. Motion and Declaration for Leave to Proceed In Forma Pauperis (continued)**

| | You | Your spouse |
|---|---|---|
| Installment payments | | |
| Motor vehicle | $________ | $________ |
| Credit card (name): ____________ | $________ | $________ |
| Department store (name): ____________ | $________ | $________ |
| Other: ________________ | $________ | $________ |
| Alimony, maintenance, and support paid to others | $________ | $________ |
| Regular expenses for operation of business, profession or farm (attach detailed statement) | $________ | $________ |
| Other (specify): ____________________ | $________ | $________ |
| **Total monthly expenses:** | $________ | $________ |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? DOCTRINE THE GIFT

X Yes ___No If yes, describe on an attached sheet.

11. Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

___Yes X No If yes, how much? $______

If yes, state the attorney's name, address, and telephone number:

________________________________________

________________________________________

12. Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

X Yes ___No If yes, how much? $______

If yes, state the person's name, address, and telephone number:

________________________________________

________________________________________

13. Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

DONALD QUEEN ENGLAND TO BE JUDGE

________________________________________

**FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

14. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? X Yes ___No If yes, state the name and docket number of that case.

______________________________________________

15. State the address of your legal residence:

~~P.O. Box 424212~~ Cathedral Dollwaker
~~San Francisco CA 94142~~ Seattle WA 98109

Your daytime phone number: ( ) Being held hostage without housing witness
Your social security number: 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
Your age: 40 Your years of schooling: ________

You must sign and date the declaration under penalty of perjury.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury, under the laws of the United States, that my answer on this form are true and correct.

8/17/07 Declaration [illegible] Form in Pauperis

2/24/07 Mrs Louis J. Roach Witness

Date Petitioner's/Appellant's signature

cc:

**ORDER OF THE COURT**

The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days.

The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee.

Circuit Judge Date

Circuit Judge or Clerk Date

280 •

FILED
APR 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE 07-02674
SI

| ESTATE OF (Name): Dr Louis T. Pecht MD Navy The Gift DECEDENT | CASE NUMBER: 06-CV04919 WHA 06-CV 04980 CRB 06-CV-04981 WBS |
|---|---|

## PROOF OF SERVICE BY MAIL

By hand to court clerks due thanks

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.
2. My residence or business address is (*specify*): Mrs Louis T. Pecht General Delivery Seattle Washington 98101
3. I served the foregoing *Notice of Petition to Administer Estate* on each person named below by enclosing a copy in an envelope addressed as shown below AND
   a. [X] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. [ ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
4. a. Date of deposit: August 17, 2007 b. Place of deposit (*city and state*): City of San Francisco District Court San Francisco
5. [X] I served with the *Notice of Petition to Administer Estate* a copy of the petition and other documents referred to in the notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 17 2007

(TYPE OR PRINT NAME)

Dr Craig Pecht PC Navy
[illegible]
Dr Craig Pecht Navy
(SIGNATURE OF DECLARANT) Doctor FDA Approvals
Mrs Louis T. Pecht witness

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

[ ] List of names and addresses continued in attachment.