FILED

AUG 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Mr Louis T. Recht,
    General Delivery
2  Seattle Washington 98101

3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
9   Dr Craig Recht DC Navy
    Mrs Louis T. Recht           witness
10  Timothy Clery witness
    Mrs uterus - Aunt
    Mother nurse with weeks then
11  Aunt cancer etc
    Reviews of Doctor          Plaintiff,    )    CASE NO. C07-02674 SI
    Louis T. Recht MD                        )
12                                           )
         vs.                                 )    APPLICATION TO PROCEED
13                                           )    IN FORMA PAUPERIS
                                             )    (Non-prisoner cases only)
14  Dr Ditic Clauson MD  Defendant.          )
15  ────────────────────────────────────────

16       I, Dr Craig Recht PC, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21       In support of this application, I provide the following information:

22  1.   Are you presently employed?              Yes  X   No ___

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: 15000  Per Month   Net: SSA

26  Employer: Self, SSA, Navy Doctor, FDA Approvals,

27  Researcher, Diagnosises for Doctors CIA/FBI/Judges
                                    Clerk's, Congressmen, Scritree Dres.
28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | ONLY SSA BENEFITS STOLEN SAFE OPENS
3 | APRIL 2005 AFTER MURDER OF DOCTOR LOUIS T. RECHT AND
4 | BY DR. DOYLE HANSON MD NAVY WOODSIDE PARTNERS
     DOCTORS WHO ARE BIO TERRORIST AGENT ALSO NAVY ALSO
5 | 2. Have you received, within the past twelve (12) months, any money from any of the PRICE CLUB
     WARREN PRODUCTIONS EMPLOYEES
6 | following sources:    MR. PRESIDENT
     KENNEDY
7 |   a.  Business, Profession or     Yes ___ No ___   ASSASSINATIONS
                                                       AND SENATORS
8 |       self employment?                             SHIPLOT AND RON
                                                       WOOD FOSTER DAUGHTER
9 |   b.  Income from stocks, bonds,  Yes ___ No ___   DOUGLAS HANSON
                                                       SHECKLY HUNT
10|       or royalties?                                PATTI CHANCE
                                                       PAT CHANCE
11|   c.  Rent payments?              Yes ___ No ___   PORT JOHNNIE
                                                       HUNT
                                                       LADI DI
12|   d.  Pensions, annuities, or     Yes ___ No ___   ASSASSINATORS
                                                       WARREN TWILLS
13|       life insurance payments?                     LINDA WINTERS
                                                       LAURA FAULKNER
14|   e.  Federal or State welfare payments, Yes ___ No ___  PHYLLIS KENNETH
                                                       CAMPBELL
15|       Social Security or other govern-             PROHORITZ + DOC
                                                       CAMPBELL
                                                       CLYDE TEMPLAR
16|       ment source?                                 WILLARD MILLS
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _____
20| _____
21| 3.  Are you married?                Yes ___ No X  FIANCÉ
22| Spouse's Full Name: SUSAN LYNN RECHT
23| Spouse's Place of Employment: SDIF  SSA
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $ 1200 PER MONTH SSA  Net $_____
26| 4.  a.  List amount you contribute to your spouse's support:$ NOTHING
27|     b.  List the persons other than your spouse who are dependent upon you for support
28|         and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?   Yes ___ No ___   *STOLEN SAFE STOLEN DOCUMENTS ALL ACCOUNTS thru Banks STOLEN*

5   Estimated Market Value: $_____ Amount of Mortgage: $_____   *thru Judge Glasson, Glasson D. Inc.*

6   6.   Do you own an automobile?   Yes ___ No ___   *Judge Pat*

7   Make _____ Year _____ Model _____   *Judge Chmait Judge Judy*

8   Is it financed? Yes ____ No ____ If so, Total due: $ _____   *Senator Kennedy*

9   Monthly Payment: $ _____   *Congresswoman Nancy Pelosi*

10  7.   Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _Arizona Bank in Danova Lynn Fuller_
    *Stolen Documents at Bank.*

12  *Judge Glasson and Barbara Dist Att Office Risk Management*
    *Judge Pat D. Inc. HSA Inc. Kept Safe Delased War with*

13  Present balance(s): $ _____   *Stolen Accounts. Fenia's Documents for Research*

14  Do you own any cash? Yes ___ No _X_ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes _X_ No ____

17  _____

18  8.   What are your monthly expenses? _Unknown Noted Motel Rooms and Safe Petitioners_

19  Rent: $ _____ Utilities: _____

20  Food: $ _____ Clothing: _____

21  Charge Accounts:

22  <u>Name of Account</u>       <u>Monthly Payment</u>       <u>Total Owed on This Account</u>

23  _D. Cedric Recht TR_  $ _200.00_         $ _10,000_

24  _Susan Lynne Recht_   $ _500.00_         $ _18,000_

25  _____ $ _____   $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ✓  No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed. UNITED STATES SF 6CV04919 MMC
6  Household Finance Inc SF6CV-04480 CRB
   Visa Card SF 6CV04981 MEJ
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  Aug 24, 2007                Mochous J. Recht
12       DATE                        SIGNATURE OF APPLICANT

- 4 -