IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, et al. | No. C 07-02674 SI |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| DR. HANSON, et al., | |
| Defendants. | |

On May 21, 2007, plaintiff filed a complaint and a request to proceed in forma pauperis in this Court. On July 26, 2007, the Court dismissed plaintiff's complaint with leave to amend, and indicated that if plaintiff failed to file her First Amended Complaint on or before August 17, 2007, the Court would dismiss this case. Plaintiff has subsequently filed several incoherent documents, none of which constitutes a complaint. Accordingly, the Court DISMISSES this action, with prejudice. All of plaintiff's pending motions and requests are DENIED. [Docket Nos. 11, 14, 15]

**IT IS SO ORDERED.**

Dated: September 1, 2007

SUSAN ILLSTON
United States District Judge