IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS T. RECHT, et al.                              No. C 07-02674 SI

             Plaintiff,                        **JUDGMENT**

  v.

DR. HANSON, et al.,

             Defendants.
_____/

      This action has been dismissed with prejudice.  Judgment is entered accordingly.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated:  September 1, 2007
                                      SUSAN ILLSTON
                                      United States District Judge

**United States District Court**
For the Northern District of California