**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, et al. | No. C 07-02674 SI |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| DR. HANSON, et al., | |
|     Defendants. | |

This action has been dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 1, 2007

                                                SUSAN ILLSTON
                                                United States District Judge