[ Clear Form ]

FILED

SEP 24 2007

RICHARD W. WIEKING
DISTRICT COURT
[illegible] OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dr. Craig Recht PC
was Louis T. Recht
Timothy Hert
assists
brother Alan with works
thru Recht CIA
Ronalds or Doctor Louis
T. Recht MD
                                Plaintiff,

Dr Hanson MD             Defendant.

CASE NO. 07-02674 SI

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Dr. Craig Recht P, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?        Yes ✗   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 12,000.00          Net: 1,200.00

Employer: SSA

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.     Business, Profession or                    Yes ___ No _X_

8               self employment?

9        b.     Income from stocks, bonds,                 Yes ___ No _X_

10              or royalties?

11       c.     Rent payments?                             Yes ___ No _X_

12       d.     Pensions, annuities, or                    Yes ___ No _X_

13              life insurance payments?

14       e.     Federal or State welfare payments,         Yes _X_ No ___

15              Social Security or other govern-

16              ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  SSA   1200⁰⁰ approx a month

20  _____

21  3.     Are you married?                                Yes ___ No _✓_

22  Spouse's Full Name: _Fiancée   Susan Lynn Recht_

23  Spouse's Place of Employment: _SSA_

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $ _welfare  1200⁰⁰_ Net $ _1200⁰⁰_

26  4.     a.     List amount you contribute to your spouse's support: $ _0_

27         b.     List the persons other than your spouse who are dependent upon you for support

28                and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.   Do you own or are you buying a home?         Yes ___  No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.   Do you own an automobile?                    Yes ___  No ___

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank:  Bank of America  _____

_____

Present balance(s): $  0  _____

Do you own any cash?  Yes _X_  No ___  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                                Yes _X_ No ___

_____

8.   What are your monthly expenses?

Rent: $  800.00  _____  Utilities:  200.00  _____

Food: $  200.00  _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| VISA | $ 0 | $ 0 |
|  | $ | $ |
|  | $ | $ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

UNITED STATES / HOMELAND FINANCIAL VISA

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 04, 2007                             Dr Craig Pecht PC
DATE                                        SIGNATURE OF APPLICANT

- 4 -