FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dr. CRAIG RECHT PC
MRS LOUIS T. RECHT
TIMOTHY HERT
ALL KEES
ANOTHER WIDOW WHO WORKS
thru Denis CIA
      Plaintiff(s),
Remains of Doctor Louis T. Recht MD

      v.

Dr. Hansen MD
      Defendant(s).

No. C 07-02674

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/24/07

Craig Recht PC
Signature
Form A Paupers
Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")