IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS T. RECHT, et al. | No. C 07-02674 SI |
|     Plaintiff, | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
|   v. | |
| DR. HANSON, et al., | |
|     Defendants. | |

This action was dismissed with prejudice and judgment was entered on September 1, 2007. Accordingly, the Application to Proceed In Forma Pauperis filed on September 24, 2007, is denied as MOOT.

**IT IS SO ORDERED.**

Dated: September 25, 2007

SUSAN ILLSTON
United States District Judge